RICHARD LOUD
65 Killey Avenue
Warwick, RI 02889
(401) 732-0821
FAX: (401) 921-3207

Attorney in Pro Per

**FILED**

NOV 19 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## UNITED STATE DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE, | Case Number: 2:2007cv01790 |
| Plaintiff, | WAIVER OF APPEARANCE BY DEFENDANT RICHARD LOUD AT DECEMBER 3, 2007 SCHEDULING CONFERENCE |
| v | |
| CORRECTIONS USA, et al., | Date: December 3, 2007 |
| Defendants. | Time: 1:30 p.m. |
| | Crtm: 4 |
| | Judge: Hon. Lawrence K. Karlton |
| AND RELATED AND/OR CONSOLIDATED CASES | |

I, RICHARD LOUD, in pro per, represent that I am aware that I have a legal right to appear at the December 3, 2007 Scheduling Conference hearing at 8:30 a.m. in Courtroom 4. By this document I knowingly, voluntarily and intelligently waive my right to appear at this hearing. I have received legal counsel and assistance regarding this waiver from a California attorney at law qualified to practice in this court.

Dated: November 14, 2007        By: /s/ Richard Loud
                                    RICHARD LOUD, in Pro Per

1

1  WAIVER APPROVED.

3  Dated: __11/26__, 2007  _____
4  DISTRICT COURT JUDGE

2

Richard Loud
65 Killey Avenue
Warwick, RI 02889
Telephone: (401) 732-0821
Facsimile: (401) 921-3207
lockdownrl@cox.net

Attorney in Pro Per

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE, | Case Number: 2:2007cv01790 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v | |
| CORRECTIONS USA, et al., | |
| Defendants. | |
| AND RELATED AND/OR CONSOLIDATED CASES AND COUNTER CLAIMS | |

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 1000 Quail Street, Suite 189, Newport Beach, CA 92660, Tel.: (949) 863-9445, Fax: (949) 209-5343, Email: mbtoze@yahoo.com.

On the date below, I served the following document(s):

   **WAIVER OF APPEARANCE BY DEFENDANT RICHARD LOUD AT
   DECEMBER 3, 2007 SCHEDULING CONFERENCE**

addressed as follows:

*Brian Dawe v. Corrections USA etc.*

2:2007cv01790

## CERTIFICATE OF SERVICE

| SHORT TITLE OF CASE: | *Brian Dawe v. Corrections USA etc.(and related cases)* |
|---|---|
| COURT NAME: | United States District Court, Eastern District of California |
| CASE NUMBER: | 2:2007cv01790 |
| PRESIDING JUDGE: | Honorable Judge Karlton |

| | |
|---|---|
| Daniel Baxter, Esq.<br>WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP<br>400 Capitol Mall, 22nd Floor<br>Sacramento, California 95814<br>Telephone: (916) 441-2430<br>Facsimile: (916) 442-6664<br>dbaxter@wilkefleury.com | Attorney for Defendant Brian Dawe<br><br>BY ELECTRONIC MAIL. Today, November 9, 2007,<br>I caused the above-listed document to be delivered via e-mail by stipulation of the parties to the address dbaxter@wilkefleury.com |
| Maureen VanderMay, Esq.<br>VANDERMAY Law Firm<br>388 State Street, Suite 340<br>Salem, Oregon 97301<br>Telephone: (503) 588-8053<br>Facsimile: (503) 588-3624<br>maureen@vandermaylawfirm.com | Attorney for Defendant Gary Harkins<br><br>BY ELECTRONIC MAIL. Today, November 9, 2007,<br>I caused the above-listed document to be delivered via e-mail by stipulation of the parties to the address maureen@vandermaylawfirm.com |
| Phillip R.A. Mastagni<br>Amanda S. Uhrhammer<br>MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER<br>A Professional Corporation<br>1912 "I" Street<br>Sacramento, California 95814<br>Telephone: (916) 446-4692<br>Facsimile: (916) 447-461<br>phillip@mastagni.com<br>amanda@mastagni.com | Attorney for Plaintiff<br><br>BY ELECTRONIC MAIL. Today, November 9, 2007,<br><br>I caused the above-listed document to be delivered via e-mail by stipulation of the parties to the address phillip@mastagni.com and amanda@mastagni.com. |

I declare under penalty of perjury, under the laws of United States, that the foregoing is true and correct.

Executed on November 14, 2007, at Sacramento, California.

/s/ Matthew B. Tozer
Matthew B.Tozer

*Brian Dawe v. Corrections USA etc.*                              2:2007cv01790