1  DAVID P. MASTAGNI, SBN 057721
   AMANDA UHRHAMMER, SBN 199445
2  JAMES B. CARR, SBN 053274
   PHILLIP MASTAGNI, SBN 238254
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone:    (916) 446-4692
6  Attorneys for Corrections USA,
   Donald Joseph Baumann and James Baiardi
7
                UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 BRIAN DAWE, individually and d/b/a   )   Case No.: 2:07-cv-01790-LKK-EFB
   FLAT IRON MOUNTAIN                  )
12 ASSOCIATES,                         )   **STIPULATION AND ORDER RE:**
                                       )   **EXTENSION OF TIME FOR**
13         Plaintiff,                  )   **CORRECTIONS USA AND JAMES**
   v.                                  )   **BAIARDI TO RESPOND TO GARY**
14                                     )   **HARKINS' AMENDED**
   CORRECTIONS USA, a California       )   **COUNTERCLAIMS**
15 Corporation; CALIFORNIA             )
   CORRECTIONAL PEACE OFFICERS         )   [L.R. 6-144(a)]
16 ASSOCIATION, a California           )
   Corporation; JAMES BAIARDI, an      )   Date: 12. 03. 2007
17 individual; DONALD JOSEPH           )   Time:  1:30
   BAUMANN, an individual,             )   Courtroom No.: 4
18                                     )   Judge: Hon. Lawrence Karlton
           Defendants.                 )
19 AND RELATED COUNTERCLAIM            )
   _____ )
20 CORRECTIONS USA, a California       )
   Mutual Benefit Corporation,         )
21                                     )
           Plaintiff,                  )
22 v.                                  )
                                       )
23 BRIAN DAWE, individually and d/b/a  )
   FLAT IRON MOUNTAIN                  )
24 ASSOCIATES; RICHARD LOUD            )
   GARY HARKINS; and DOES 1-100,       )
25 inclusive,                          )
                                       )
26         Defendants.                 )
                                       )
27 AND RELATED COUNTERCLAIMS           )
   _____ )
28

Stipulation and Order Re: Extension of Time to Respond to Counterclaims          Corrections USA v. Dawe et. al.
                                                                                 Case No.: 2:07-cv-01790-LKK-EFB

Plaintiff/Counter-Defendant Corrections USA, a California mutual benefit Corporation ("CUSA"), Third Party Defendant JAMES BAIARDI, and Defendant/Counter-Plaintiff GARY HARKINS hereby stipulate and seek an order of the Court extending certain deadlines in the above-entitled matter, as follows: CUSA, BAIARDI, and HARKINS HEREBY STIPULATE AND AGREE that the time for Corrections, USA to respond to the GARY HARKINS' counterclaims is extended to January 21, 2008.

Dated: November 21, 2007        **THE VANDERMAY LAW FIRM**

By  / s/ *Maureen C. Vandermay*

MAUREEN C. VANDERMAY
Attorneys for Gary Harkins

Dated: November 21, 2007        **MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

By   */s/ Phillip R. A. Mastagni*

PHILLIP R.A. MASTAGNI
Attorney for Corrections USA and James Baiardi

Stipulation and Order Re: Extension of Time to Respond to Counterclaims        Corrections USA v. Dawe et. al.
Case No.: 2:07-cv-01790-LKK-EFB

-2-

**ORDER**

IT IS HEREBY ORDERED THAT:

CORRECTIONS USA, a California mutual benefit corporation and JAMES BAIARDI shall respond to the GARY HARKINS' counterclaims and Third Party Claims on or before January 21, 2008.

Dated: November 26, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated November 21, 2007                     Respectfully submitted,

**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN &UHRHAMMER**

  */s/ Phillip R. A. Mastagni*

PHILLIP R.A. MASTAGNI

Attorney for Plaintiff Corrections USA

And James Baiardi

---

Stipulation and Order Re: Extension of Time to Respond to Counterclaims      Corrections USA v. Dawe et. al.
                                                                             Case No.: 2:07-cv-01790-LKK-EFB