IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DAWE d/b/a FLAT IRON
MOUNTAIN ASSOCIATES,

      Plaintiff,

  vs.

CORRECTIONS USA, et al,

      Defendants.
                                      /

AND RELATED COUNTERSUIT
                                      /

No. CIV S-07-1790 LKK EFB

ORDER

      This case was before the undersigned on February 27, 2008, for hearing on Brian Dawe's motion to compel production of documents, and Correction USA's related motion for a protective order, and to seal the deposition of non-party Steve Fournier. Daniel Baxter appeared on behalf of Brian Dawe; Maureen VanderMay appeared on behalf of Gary Harkins; and, Phillip Mastagni and James Carr appeared on behalf of Corrections USA, California Correctional Peace Officer's Association, James Baiardi and Donald Baumann (the "CUSA defendants").

      For the reasons stated on the record at the hearing, all motions were denied without prejudice due to the parties' failure to comply with Local Rule 37-251(b)'s meet and confer requirements. *See also* Fed. R. Civ. P. 37(a)(1). The parties have been unable to agree on a

1 single item of discovery and have asked the court to interpret the relevance of nearly 200
2 document requests and to define the scope of all claims and defenses in the pending lawsuits.

3       The parties were ordered at the hearing to meet and confer on their numerous discovery
4 disputes.  The parties were cautioned that this court will not allow the litigation to be conducted
5 in secret, and that it is very unlikely to find that every document in this litigation warrants the
6 protection of a blanket protective order.  Further, the parties were cautioned that they will need
7 to explain the relevance of requests for information that, on their face, appear to be far afield of
8 the actual claims and defenses in the pending lawsuits.

9       The parties were ordered to submit a single joint statement for the motion to compel and
10 the related motion for a protective order that such discovery not be had or, at the very least,
11 limited.  The parties were ordered to submit the joint statement by April 1, 2008.  To the extent
12 the CUSA defendants claim a privilege or protection with regard to any of the disputed
13 document requests, they are ordered to submit a privilege log that complies with Fed. R. Civ. P.
14 26(b)(5).  The log that they submitted in connection with the February 27, 2008, hearing did not
15 comply with that rule as it failed to describe withheld documents with sufficient specificity to
16 enable the other parties, or the court, to assess the validity of the claimed privileges.

17       Finally, with regard to the CUSA defendants' motion to seal the deposition transcript of
18 non-party Steve Fournier, the court acknowledges receipt of the deposition transcript.  The court
19 will take under submission the request to seal and order further briefing as appropriate.

20       All pending motions are re-calendared for hearing on April 16, 2008.
21       SO ORDERED.
22 DATED:  April 1, 2008.

23                     EDMUND F. BRENNAN
24                     UNITED STATES MAGISTRATE JUDGE
25
26