IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

BRIAN DAWE, individually and d/b/a
FLAT IRON MOUNTAIN ASSOCIATES,

    Plaintiffs,                                                     CIV-S-07-1790 LKK EFB

    v.

CORRECTIONS USA, a California
Corporation; et al.,

    Defendants.
_____/
AND RELATED COUNTERCLAIM.
_____/

       On September 24, 2008, plaintiff and cross-defendant Brian Dawe filed a discovery motion and set the matter for **hearing on Wednesday, November 5, 2008, at 10:00 a.m**., **in Courtroom No. 25.**  Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement shall be filed not later than *five* court days before the scheduled hearing. Accordingly, **the filing deadline for the joint statement shall be Wednesday, October 29, 2008, by 5:00 p.m.**  In the event the hearing is rescheduled, the joint statement shall be due not later than five court days before the rescheduled hearing.

       The dispute may be organized by category, with specific discovery items attached, if appropriate, as an exhibit.  For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition. E.D. Cal. L.R. 37-251(c)(3).  Do not file separate briefing. *Ibid.*

       Privilege objections must comply with Fed. R. Civ. P. 26(b)(5).  Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log.  The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

       The moving party is responsible for filing the joint statement.  The opposing party nevertheless must timely draft and submit its portion.  Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

DATED: October 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE