+

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DAWE, individually
and d/b/a FLAT IRON
MOUNTAIN ASSOCIATES,

        Plaintiff,

    v.

CORRECTIONS USA, a California
Corporation; CALIFORNIA
CORRECTIONAL PEACE OFFICERS
ASSOCIATION, a California
Corporation; JAMES BAIARDI,
an individual; DONALD JOSEPH
BAUMANN, an individual,

        Defendants.

AND RELATED COUNTERCLAIM
                                /

NO. CIV. S-07-1790 LKK/EFB

O R D E R

Pending before the court are defendants' motion to strike and motion to dismiss, set to be heard on April 6, 2009. Due to court congestion, the hearing on the motions is CONTINUED to May 4, 2009. Oppositions or statements of non-opposition SHALL be filed and served not later than March 23, 2009. Replies, if any, SHALL be filed and served not later than March 30, 2009.

////

```
1    IT IS SO ORDERED.
2    DATED:  March 11, 2009.
3
4                                    _____
                                     LAWRENCE K. KARLTON
5                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
6
```