+

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as FLAT IRON MOUNTAIN ASSOCIATES, a Partnership,

        Plaintiffs,

    v.

CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,

        Defendants.
_____/
AND CONSOLIDATED ACTIONS & RELATED COUNTERCLAIMS
_____/

NO. CIV. S-07-1790 LKK/EFB

O R D E R

    The court is in receipt of the parties' joint stipulation seeking to amend this court's scheduling order. At the initial scheduling conference, the court warned the parties that requests to amend the scheduling order would be disfavored. The court accordingly cautioned the parties to suggest dates after careful

1

contemplation of the complexity of this case.

Notwithstanding these warnings, the parties submitted a stipulation seeking to amend the scheduling order in November of 2008. The court granted this request. On December 26, 2008, plaintiff filed a motion seeking to further modify the scheduling order to permit plaintiff to file an amended complaint. Plaintiff represented that this amendment would not require any further change in the scheduling order. Doc. No. 126-1, 9:14-20. The court granted this motion on January 28, 2009.

Pending before the court is yet another stipulation seeking modification of the scheduling order, based on the "good cause" of the case's complexity. The parties have represented that the existing scheduling order, which was based on the parties' own representations of the time required to litigate this case, and which was recently modified by the parties' own stipulation, is inadequate.

The parties have thereby demonstrated that they are incapable of following this court's orders. Accordingly, the court ORDERS as follows.

1. The existing scheduling order, Doc. No. 60, as modified by Doc. No. 121, is VACATED.
2. A further status conference is SET for May 18, 2009, at 2:00 p.m.
3. The court sanctions counsel for each party, and ORDERS each party's counsel to pay One Hundred Fifty Dollars ($150) to the clerk of the court by June 1, 2009, as

        permitted by Local Rule 11-110.

4.   Counsel shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

IT IS SO ORDERED.

DATED: May 7, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT