WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664

Attorneys for Plaintiff/Counter-Defendant
BRIAN DAWE; Plaintiff FLAT IRON MOUNTAIN
ASSOCIATES, LLC, formerly known as Flat Iron Mountain
Associates, a Partnership; Defendant/Counter-Plaintiff
GARY HARKINS; and Defendant RICHARD LOUD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**NOTICE OF MOTION AND MOTION FOR (1) COURT ORDER PREVENTING SPOLIATION OF EVIDENCE, (2) ORDER COMPELLING FURTHER RESPONSES TO DOCUMENT PRODUCTION REQUESTS AND DOCUMENT PRODUCTION, AND (3) SANCTIONS**<br><br>DATE:     June 17, 2009<br>TIME:     10:00 a.m.<br>CTRM:    25<br>JUDGE:   Hon. Edmund F. Brennan |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on June 17, 2009, or as soon thereafter as the matter may be heard in Department 25 of the above-entitled Court, located at 501  I  Street, Sacramento, California, Plaintiff/Counter-Defendant BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY HARKINS, and Defendant RICHARD LOUD (collectively, "Plaintiffs") will and hereby do move for an order (1) preventing

- 1 -

Defendant/Cross-Complainant CORRECTIONS USA and Defendants CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, DONALD JOSEPH BAUMANN and JAMES BAIARDI (collectively, "Defendants") from engaging in spoliation of evidence, (2) compelling Defendants' further responses to document production requests propounded in this matter, as well as responsive document production, and (3) for an award of sanctions.

Plaintiffs' motion is made on the grounds that (a) the CCPOA Board of Directors recently passed a motion to destroy tapes of board meetings, and thus it is likely that Defendants have engaged or will imminently engage in destruction or alteration of materials that are responsive to document production requests propounded by Plaintiffs, and (b) Defendants have failed to comply with this Court's April 28, 2009 certification Order by, *inter alia*, failing to provide a written certification that contains a Bates-number reference to each responsive document produced in response to the various requests.

Plaintiffs' motion will be based on this Notice, on the Joint Statement Re: Discovery Disagreement to be submitted in conformity with Local Rule 37-251, and such other evidence as may be presented at or before the time of hearing on this matter.

DATED: May 15, 2009

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By:  /s/ Daniel L. Baxter
DANIEL L. BAXTER
Attorneys for Plaintiff/Counter-Defendant BRIAN DAWE; Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership; Defendant/Counter-Plaintiff GARY HARKINS; and Defendant RICHARD LOUD

436403.1