UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DAWE, individually
and d/b/a FLAT IRON
MOUNTAIN ASSOCIATES,

NO. CIV. S-07-1790 LKK/EFB

      Plaintiff,

   v.

O R D E R

CORRECTIONS USA, a California
Corporation; CALIFORNIA
CORRECTIONAL PEACE OFFICERS
ASSOCIATION, a California
Corporation; JAMES BAIARDI,
an individual; DONALD JOSEPH
BAUMANN, an individual,

      Defendants.

AND RELATED COUNTERCLAIM
_____/

    Pursuant to the conference held on May 18, 2009, the scheduling order is AMENDED as follows:

    1.   All discovery shall be conducted so as to be completed no later than November 18, 2009, with expert disclosure due 45 days prior;

////

1    2.    All Law and Motion matters shall be filed so as to be

2          heard no later than January 18, 2010;

3    3.    The final pretrial conference is set for April 19, 2010

4          at 3:00 p.m.;

5    4.    The jury trial is estimated for twenty four days, and is

6          set for July 27, 2010.

7    5.    No further continuances will be granted.

8    IT IS SO ORDERED.

9    DATED:  May 19, 2009.

10

11

12                            LAWRENCE K. KARLTON

13                            SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
14

15

16

17

18

19

20

21

22

23

24

25

26