IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

BRIAN DAWE, individually and d/b/a
FLAT IRON MOUNTAIN ASSOCIATES,

    Plaintiffs,                                          CIV-S-07-1790 LKK EFB

    v.

CORRECTIONS USA, a California
Corporation; et al.,

    Defendants.
_____/
AND RELATED COUNTERCLAIM
_____/

    On May 15, 2009, plaintiffs filed a discovery motion (Dckt. No. 181) and set the matter for hearing on Wednesday, June 17, 2009, at 10:00 a.m., in Courtroom No. 25. Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement shall be filed not later than *five* court days before the scheduled hearing. Accordingly, the filing deadline for the joint statement shall be Wednesday, June 10, 2009, by 12:00 p.m. (noon). In the event the hearing is rescheduled, the joint statement shall be due not later than five court days before the rescheduled hearing.

    The court will also hear, on June 17, 2009, defendants' discovery motion filed April 27, 2009 (Dckt. Nos. 172, 179). The joint statement on this matter shall also be due not later than *five* court days before the scheduled hearing, or by Wednesday, June 10, 2009, by 12:00 p.m. (noon).

    The parties are reminded of the necessity of meeting and conferring in good faith, and attempting to resolve their discovery disputes prior to preparation of their joint statements. E.D. Cal. L.R. 37-251(b), (c)(1). The joint statements on those matters that cannot be resolved informally may be organized by category, with specific discovery items attached, if appropriate, as exhibits. For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition. E.D. Cal. L.R. 37-251(c)(3). Do not file separate briefing. *Id.*

    Privilege objections must comply with Fed. R. Civ. P. 26(b)(5). Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log. The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

      The moving party is responsible for filing the joint statement.  The opposing party nevertheless must timely draft and submit its portion.  Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

DATED:  May 26, 2009.

                                               EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE