WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:     (916) 442-6664

Attorneys for Plaintiff/Counter-Defendant
BRIAN DAWE; Plaintiff FLAT IRON MOUNTAIN
ASSOCIATES, LLC, formerly known as Flat Iron Mountain
Associates, a Partnership; Defendant/Counter-Plaintiff
GARY HARKINS; and Defendant RICHARD LOUD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**FURTHER AMENDED NOTICE *[AS TO DATE ONLY]* OF**<br><br>**(A)  DAWE/FLAT IRON/HARKINS/LOUD'S MOTION FOR (1) COURT ORDER PREVENTING SPOLIATION OF EVIDENCE, (2) ORDER COMPELLING FURTHER RESPONSES TO DOCUMENT PRODUCTION REQUESTS AND FOR DOCUMENT PRODUCTION, AND (3) SANCTIONS** (*Docket Entry 181*)<br><br>**(B)  DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO DOCUMENT PRODUCTION REQUESTS AND FOR DOCUMENT PRODUCTION** (*Docket Entry 172*)<br><br>DATE:     July 29, 2009<br>TIME:     10:00 a.m.<br>CTRM:   25<br>JUDGE:  Hon. Edmund F. Brennan |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that hearing on the following motions, previously scheduled for July 15, 2009, is hereby rescheduled for July 29, 2009 at 10:00 a.m. in Courtroom No. 25:

A.  *Plaintiff/Counter-Defendant BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY HARKINS, and Defendant RICHARD LOUD's Motion For (1) Court Order Preventing Spoliation of Evidence, (2) Order Compelling Further Responses to Document Production Requests and Document Production, and (3) Sanctions* (Docket Entry No. 181).

B.  *Defendants' Motion to Compel Further Responses to Document Production Requests and For Document Production* (Docket Entry No. 172).

Pursuant to the Court's April 29 and May 26 Briefing Orders, the parties' Joint Statements Re: Discovery Disagreement shall be submitted no later than June 22, 2009 at 12:00 p.m.

DATED: July 5, 2009                      WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By: /s/ Daniel L. Baxter
DANIEL L. BAXTER
Attorneys for Plaintiff/Counter-Defendant BRIAN DAWE; Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership; Defendant/Counter-Plaintiff GARY HARKINS; and Defendant RICHARD LOUD

DATED: July 5, 2009                      MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

By: /s/ James B. Carr
JAMES B. CARR
Attorneys for Defendant/Cross-Complainant CORRECTIONS USA and Defendants CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION, DONALD JOSEPH BAUMANN, and JAMES BAIARDI