+

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as FLAT IRON MOUNTAIN ASSOCIATES, a Partnership,

        Plaintiffs,

   v.

CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,

        Defendants.
_____/
AND CONSOLIDATED ACTIONS & RELATED COUNTERCLAIMS
_____/

NO. CIV. S-07-1790 LKK/EFB

O R D E R

    Pending before the court is defendant's motion to strike and motion for sanctions, currently set to be heard on August 17, 2009. Due to court congestion, the hearing is CONTINUED to August 31, 2009 at 10:00 AM.

////

1

1   IT IS SO ORDERED.

2   DATED: August 13, 2009.

　　　　　　　　　　　　　　　　　／s／ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT