```
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664
```

Attorneys for Plaintiff/Cross-Defendant
BRIAN DAWE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>  Plaintiffs,<br><br>  v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**STIPULATION AND [PROPOSED] ORDER RE IMAGING OF GARY HARKINS' LAPTOP COMPUTER** |

Pursuant to p. 11 of this Court's October 1, 2009 Order ("Order"—Document No. 228), the parties hereto, by and through their attorneys of record, and the forensic computer expert ("the Expert") retained in this matter by Defendants/Cross-Complainants, HEREBY STIPULATE AND AGREE AS FOLLOWS:

  1.     Pursuant to the Court's Order, the laptop computer that was the subject of

- 1 -

Defendants' recent motion to compel ("the Computer") shall be made available for imaging by the Expert. Following said imaging, the Expert shall search the Computer database using the search terms set forth in Phillip R.A. Mastagni's October 2, 2009 letter, a true and correct copy of which is attached hereto as Exhibit 1. Should Defendants wish to utilize any additional search terms, they must notify and secure the agreement of counsel for Mr. Harkins before doing so. In the event the parties are unable to agree as to the propriety of a particular search term, the parties ~~shall be permitted to appear ex parte (upon one day's notice) before the Court in order to obtain a judicial determination~~ may seek a judicial determination as to the propriety of that term in accordance with the Eastern District of California Local Rules.

2. During and following the imaging and search described in the preceding paragraph, the Expert shall maintain and safeguard all data, documentation, and information collected as a result of said imaging and search ("the Information"). The Information shall be designated as "confidential" under the protective order previously entered in this case, and the Expert shall not turn over any Information, or disclose the contents of any Information, to anyone other than counsel for Gary Harkins. Following such turnover/disclosure to counsel for Mr. Harkins, disclosure of Information to Defendants shall proceed in conformity with the Court's indications on p. 11 of the Order.

IT IS SO STIPULATED.

DATED: October 14, 2009     WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP


By:     /s/ Daniel L. Baxter
        DANIEL L. BAXTER
    Attorneys for Plaintiffs/Cross-Defendants

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

- 2 -

**STIPULATION AND ORDER RE IMAGING OF LAPTOP COMPUTER (CASE NO. 07-01790 LKK-EFB)**

| | |
|---|---|
| DATED: October 14, 2009 | MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER |
| | By: /s/ Phillip R.A. Mastagni |
| | PHILLIP R.A. MASTAGNI |
| | Attorneys for Defendants/Cross-Complainants |
| DATED: October ___, 2009 | CALIFORENSICS ("the Expert") |
| | By: Signature on original |
| | DONALD VILFER |
| | Authorized Representative |

IT IS SO ORDERED.

DATED: October 20, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

471536.1

- 3 -

**STIPULATION AND ORDER RE IMAGING OF LAPTOP COMPUTER (CASE NO. 07-01790 LKK-EFB)**