WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:    (916) 441-2430
Facsimile:     (916) 442-6664

Attorneys for Plaintiff/Counter-Defendant
BRIAN DAWE; Plaintiff FLAT IRON MOUNTAIN
ASSOCIATES, LLC, formerly known as Flat Iron Mountain
Associates, a Partnership; Defendant/Counter-Plaintiff
GARY HARKINS; and Defendant RICHARD LOUD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　Upon reviewing and considering the ex parte application ("Application") of BRIAN DAWE, FLAT IRON MOUNTAIN ASSOCIATES, LLC, and GARY HARKINS ("Plaintiffs") for an order continuing hearing on Defendants' Motion for Summary Judgment, and good cause having been shown,

　　　　IT IS HEREBY ORDERED THAT Plaintiffs' Application is hereby GRANTED. Accordingly, hearing on Defendants' Motion for Summary Judgment shall take place on January

PDF created with pdfFactory trial version www.pdffactory.com

25, 2010, at 10:00 a.m.  Opposition and reply papers shall be filed in conformity with the timelines set forth in Local Rule 230, and shall track off the new hearing date.  No additional modifications to the Court's May 20, 2009 Scheduling Order are contemplated herein.

IT IS SO ORDERED.

DATED: December 23, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

485779.1

- 2 -

**ORDER CONTINUING HEARING (CASE NO. 07-01790 LKK EFB)**

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

PDF created with pdfFactory trial version www.pdffactory.com