1  +

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   BRIAN DAWE; FLAT IRON
10 MOUNTAIN ASSOCIATES, LLC,
   formerly known as FLAT
11 IRON MOUNTAIN ASSOCIATES,
   a Partnership,
12
                                NO. CIV. S-07-1790 LKK/EFB
13          Plaintiffs,

14     v.
                                    O R D E R
15 CORRECTIONS USA, a California
   Corporation; CALIFORNIA
16 CORRECTIONAL PEACE OFFICERS'
   ASSOCIATION, a California
17 Corporation; JAMES BAIARDI,
   an individual; DONALD JOSEPH
18 BAUMANN, an individual,

19          Defendants.
   _____/
20 AND CONSOLIDATED ACTIONS &
   RELATED COUNTERCLAIMS
21 _____/

22     On Thursday, January 14, counsel for defendants contacted

23 chambers to inquire about the deadline for filing a reply in

24 support of defendants' motion for summary judgment.  Counsel was

25 concerned about a possible outage of the electronic filing system

26 on Monday, and about the effect of the federal holiday.

                                1

1    Defendants' reply brief will be considered timely filed if

2  filed by Monday, January 18th.  If the electronic filing system is

3  inoperative (as defined by Local Rule 134(c)) on Monday, the brief

4  may be filed by 9 a.m. on Tuesday, January 19th.  If the electronic

5  filing system remains inoperative at that time, counsel are

6  directed to email the reply brief to chambers and to opposing

7  counsel at that time (no later than 9 a.m. on the 19th), and to

8  file the brief on CM/ECF as soon as possible thereafter.  Local

9  Rule 134(c)(2).

10    IT IS SO ORDERED.

11    DATED:  January 15, 2010.

12

13

14    LAWRENCE K. KARLTON
       SENIOR JUDGE
15     UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26