+

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as FLAT IRON MOUNTAIN ASSOCIATES, a Partnership,

        Plaintiffs,

   v.

CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,

        Defendants.
/
AND CONSOLIDATED ACTIONS & RELATED COUNTERCLAIMS
/

NO. CIV. S-07-1790 LKK/EFB

O R D E R

    The court issued a tentative pretrial order in the above-captioned matter on May 17, 2010 (Dkt. No. 296). Pursuant to that order, objections were to be filed within fourteen days. Because May 31 was a federal holiday, the last day to file objections was June 1, 2010.

1

1     Plaintiffs filed objections on May 31, 2010 (Dkt. No. 328).
2 These objections list minor changes, seek to add omitted
3 affirmative defenses to defendants' counterclaims, and reflects
4 amendments to plaintiffs' witness and exhibit lists. Each of these
5 changes is proper.
6     On June 1, 2010, defendants also filed timely objections (Dkt.
7 No. 329). These objections seek to amend the witness, exhibit, and
8 evidentiary issues lists. Per defendants' request, the court will
9 amend the pretrial order to reflect that defendants have answered
10 Harkins' fifth counterclaim and requested attorneys fees, and the
11 court substitutes the list of defendants' motions in limine for
12 defendants' disputed evidentiary issues. (Defs.' Objs. 2:5 -
13 3:20). Defendants' initial objections also request bifurcation of
14 trial. As noted by plaintiffs' response to these objections, the
15 request to bifurcate trial was rejected during the pretrial
16 conference, and the court does not revisit that decision here. As
17 to defendants' particular requests regarding privileges, to the
18 extend that these issues turn on questions of disputed fact, those
19 facts must be submitted to the jury. Defendants had an opportunity
20 in their summary judgment motion to argue that these questions did
21 not turn on disputed facts, but defendants failed to meet that
22 burden. Indeed, the court has already held that certain statements
23 were not privileged. Order filed Feb. 24, 2010 at 23 (citing Order
24 filed May 20, 2009, at 37 n.14). Finally, defendants made several
25 requests regarding jury selection. Defendants' request to submit
26 a jury questionnaire is denied. Defendants may submit proposed

1  voir dire as normal.

2      Defendants have submitted various further amendments to their
3  exhibit and witness lists, and these amendments are in part
4  untimely.  Roughly twenty minutes after these objections were
5  filed, defendants filed a document labeled "amended objections" in
6  the court's electronic filing system.  (Dkt. No. 330.)  This
7  document consists of a second amended exhibit list, without
8  explanation as to how it differs from the first.  Because the
9  deadline for filing objections had not expired at the time this
10 amendment was filed, the court accepts this list.

11     After the June 1st deadline, defendants filed:

- on June 2, a "Notice of Errata" concerning their own objections (Dkt. No. 331), asking the court to use the second of the two exhibit lists filed on June 1, docketed as number 330.

- on June 3, an "Amended Notice of Errata" (Dkt. No. 332), stating that "pages 6 through 65 [of the witness list filed on June 1] were filed in error" and should be disregarded, and again asking that the court use the exhibit list at Dkt. No. 330.

- on June 7, a "Reply to Objections" which apparently replies to defendants' own objections (Dkt. No. 333), which asks the court to use "second amended exhibit list" filed at Dkt. No. 334--the third exhibit list to be filed since the tentative order.

- on June 8, a "Second Amended Notice of Errata" containing an amended witness list (Dkt. Nos. 339-40).

22 In none of these filings do defendants indicate that anything other
23 than their own carelessness prevented them from filing proper
24 documents within the time provided by the tentative pretrial order.
25 Accordingly, the court disregards the witness list filed on June
26 8 and the exhibit list filed on June 7.  The final pretrial order

3

will use pages 1-5 of the witness list defendants filed on June 1, 2010 (Dkt. No. 329-2) and the second exhibit list filed on that date (Dkt. No. 330).

Finally, both parties have requested additional time in which to prepare objections to the exhibits. The court grants the parties until Monday, June 21, 2010 to file objections to the exhibits.

IT IS SO ORDERED.

DATED: June 14, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4