## United States District Court
### Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| Dawe <br><br> v. <br><br> Corrections USA, et al. | Civil Jury Trial Minutes <br> CASE #:   CIV-S- 07-1790 LKK <br><br> DATE:     09/22/2010 <br><br> Deputy Clerk:  A. Rivas <br><br> Court Reporter: Cathie Bodene <br><br>                   Kathy Swinhart |

<u>For the Plaintiffs</u>                                            <u>For the Defendants</u>

<u>Daniel Baxter</u>                                              <u>Thomas Umberg, Phillip Mastagni and David</u>

                                                              <u>Mastagni</u>

Proceedings:   Jury Trial - Day 22 – Evidence

- 9:15  Court in session with all counsel, without jury present.  Plaintiffs' counsel indicates that after a review of defendant's motion for additional testimony of Brian Dawe, it appears that issue will be taken care of during plaintiffs' rebuttal. Accordingly, defense will not be calling Dawe, will wait for plaintiffs' rebuttal. Plaintiffs bring an oral motion to exclude Ms. Lahey from testifying. Defense objects. Court is satisfied that she can testify. Defendants' motion regarding witness Patillo, plaintiffs' motion to exclude is granted.
- 9:30  Jury present. Continue cross-examination of **Robert Dean** by P. Mastagni. Exhibit 757, 173, 259, 177, 7I, 549, 413, 549, 762, 3J, 179, 414, 335, 840, 15G, 8Y.
- 10:18  Re-direct of witness Robert Dean. Exhibit 549.
- 10:30  Court in recess.

- 10:45  Court in session with all counsel and jury present. Continue re-direct of witness Robert Dean. Exhibits 11, 375.
- 10:58  Re-cross of witness Robert Dean.
- 11:06  Re-direct of witness.
- 11:06  Nothing further, witness is released.
- 11:08  Plaintiff calls witness Mark Cohen.
- 11:09  Jury is excused. Witness **Mark Cohen** sworn/testified on direct. Begin Daubert Hearing. Exhibit 1045.
- 11:17  Cross-examination by D. Mastagni.
- 11:23  Court is satisfied that the witness can testify as to the topic.
- 11:24  Jury present. Begin direct examination of witness Mark Cohen. Plaintiffs move Exhibit 1045 into evidence - ADMITTED.
- 12:00  Court in recess.

- 1:30  Court in session with all counsel and jury present. Continue direct examination of Mark Cohen. Exhibit 1045. Plaintiffs move Exhibit 1090 into evidence - ADMITTED.
- 1:58  Cross-examination of witness Mark Cohen by D. Mastagni. Exhibits 689, 3L.
- 2:45  Court in recess.

| Time | Event |
|---|---|
| 3:00 | Court in session with all counsel and jury present. Continue cross-examination of witness Mark Cohen. |
| 3:23 | Re-direct of witness Mark Cohen. |
| 3:25 | Re-cross of witness. |
| 3:27 | Re-direct of witness. |
| 3:28 | Nothing further, witness is released. |
| 3:29 | Subject to rebuttal testimony. Plaintiffs rest. |
| 3:30 | Defendants call **Shannon Lahey** sworn/testified on direct by D. Mastagni. |
| 3:46 | Cross-examination of witness Shannon Lahey. |
| 3:59 | Nothing further, witness is released. |
| 4:00 | The deposition video of **Robert Underwood** dated 11/03/2009 is played. Exhibits 789, 3L. |
| 4:35 | Court in recess until 9:15 AM 09/23/2010. |

EXHIBITS ADMITTED: Plaintiffs' Exhibits 1045, 1090.