WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Plaintiff/Counter-Defendant
BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN
ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY
HARKINS, and Defendant RICHARD LOUD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>Defendants.<br><br>AND RELATED CLAIMS AND COUNTERCLAIMS | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**PLAINTIFFS' APPLICATION FOR ORDER COMPELLING PRODUCTION OF FINANCIAL STATEMENTS**<br><br>*Trial Information*<br><br>DATE:   July 27, 2010<br>TIME:    10:30 a.m.<br>CRTRM: Courtroom 4<br>JUDGE:  Hon. Lawrence K. Karlton |

/ / /

/ / /

/ / /

/ / /

604711.1

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

APPLICATION FOR ORDER RE PRODUCTION OF FINANCIAL STATEMENTS (CASE NO. 07-01790 LKK EFB)

Previously, the Court ruled that the losing party would not be required to produce additional financial documentation in the event the jury found a basis for an award for punitive damages. Now that that eventuation has occurred, Plaintiffs ask the Court to reexamine its prior order, and to require CCPOA and CUSA to produce their most recent audited financial statements.

As brief background, on October 8, 2010, Plaintiffs served subpoenas on CCPOA, CUSA, and Messrs. Baumann and Baiardi (collectively attached hereto as Exhibit 1) directing the production of witnesses and documents to establish the current financial condition of those Defendants should the jury make a finding justifying punitive damages. By letter to the Court of that same day (CM/ECF Doc. No. 495), the undersigned indicated that Plaintiffs would be willing to forego witness testimony if the parties could reach a stipulation as to authenticity of documents. Defendants rejected that proposal, and on or about October 12, the Court orally indicated that it would require the prevailing party to elicit financial information via witness testimony, rather than additional documentation.

In light of that indication, Plaintiffs—on October 18—served an amendment to the above-mentioned subpoenas, specifying the categories of information on which CCPOA and CUSA's representatives would be questioned. (See Exhibit 2 hereto.) Plaintiffs also served a new subpoena directing the appearance of James Martin, CCPOA's treasurer. (See Exhibit 3 hereto.) Given the jury's verdict of yesterday afternoon, Plaintiffs are prepared to question those witnesses—as well as Messrs. Baumann and Baiardi—regarding Defendants' current financial condition.

As stated above, Plaintiffs are hereby asking the Court to require CCPOA and CUSA to produce their most recent audited financial statements (or unaudited statements, if audited statements are unavailable). Production of those statements would reduce the necessary time for any witness testimony; indeed, the only purpose for CCPOA and CUSA representatives to testify would be to authenticate the statements. That would literally take a matter of minutes, leaving the undersigned simply to question Messrs. Baumann and Baiardi as to their personal finances, which would also be brief. Under this approach, the jury should be able to hear all evidence and

1  argument on the subject of punitive damages by mid-day Friday, and retire to deliberate in the
2  afternoon.

3      In any case, this proposal is respectfully submitted for the Court's consideration given the
4  events of the last 24 hours.  If the Court is inclined to stand on its initial ruling, Plaintiffs will
5  proceed to establish Defendants' current financial condition via the questioning of Defendants'
6  witnesses, including through the use of (somewhat dated) financial information already in
7  Plaintiffs' possession.

8      On an unrelated subject, will the Court be preparing any jury instructions relative to
9  Plaintiffs' punitive damage claims (in addition to the verdict forms discussed during today's
10 conference call)?  If not, should the parties submit proposed instructions?

11 DATED: October 19, 2010        WILKE, FLEURY, HOFFELT, GOULD &
12                                     BIRNEY, LLP

14 By:       /s/ Daniel L. Baxter
        DANIEL L. BAXTER
15         Attorneys for Plaintiff/Cross-Defendant
        BRIAN DAWE, Plaintiff FLAT IRON
16         MOUNTAIN ASSOCIATES, LLC,
        Defendant/Counter-Plaintiff GARY
17         HARKINS, and Defendant RICHARD LOUD

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

604711.1               - 2 -

**APPLICATION FOR ORDER RE PRODUCTION OF FINANCIAL STATEMENTS (CASE NO. 07-01790 LKK EFB)**