

1 | +

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
    BRIAN DAWE; FLAT IRON
10  MOUNTAIN ASSOCIATES, LLC,
    formerly known as FLAT
11  IRON MOUNTAIN ASSOCIATES,
    a Partnership,
12
                                    NO. CIV. S-07-1790 LKK/EFB
13           Plaintiffs,

14      v.
                                             **VERDICT**
15  CORRECTIONS USA, a California
    Corporation; CALIFORNIA
16  CORRECTIONAL PEACE OFFICERS'
    ASSOCIATION, a California
17  Corporation; JAMES BAIARDI,
    an individual; DONALD JOSEPH
18  BAUMANN, an individual,

19           Defendants.
    _____/
20  AND CONSOLIDATED ACTIONS &
    RELATED COUNTERCLAIMS
21  _____/

22

23

24

25

26

# VERDICT FORMS FOR PLAINTIFFS' CLAIMS

**FIMA's Claim for Breach of Contract Against CUSA**

(Referenced at Jury Instruction Nos. 30, 32, 33, 34, 35, 36, 37, 38, 39, 41, 42, and 43)

On FIMA's claim for breach of contract against CUSA:

    ✗    We find in favor of FIMA and against CUSA.

    ____    We find in favor of CUSA and against FIMA.

Complete the section below only if you find in favor of FIMA on its claim against CUSA.

    We award FIMA the following damages: $ 111,000 _____

Dated: 10/18/10 _____    Signed: _____

                                                  Presiding Juror

**Gary Harkins' Claim for Breach of Contract Against CUSA**

(Referenced at Jury Instruction Nos. 31, 32, 33, 34, 35, 36, 41, and 42)

**On Gary Harkins' claim for breach of contract against CUSA:**

_X___   We find in favor of Harkins and against CUSA.

_____   We find in favor of CUSA and against Harkins.

Complete the section below only if you find in favor of Harkins on its claim against CUSA.

We award Harkins the following damages: $ _6,000_____

Dated: _10/18/10_____          Signed: _____
                                                              Presiding Juror

3

**FIMA's Claim for Breach of the Implied Covenant of Good Faith and Fair Dealing Against CUSA**

(Referenced at Jury Instruction Nos. 40 and 41)

On FIMA's claim for breach of the implied covenant of good faith and fair dealing against CUSA:

    ✕    We find in favor of FIMA and against CUSA.

    _____    We find in favor of CUSA and against FIMA.

Complete the section below only if you find in favor of FIMA on its claim against CUSA.

We award FIMA the following damages: $ _____Ø_____

Dated: _10/18/10_____          Signed: _____
                                                Presiding Juror

4

## Brian Dawe's Claim for Defamation Against Defendants

(Referenced at Jury Instruction Nos. 44, 46, 47, 48, 49, 50, and 51)

### On Brian Dawe's claim for defamation against CUSA:

_X_  We find in favor of Dawe and against CUSA.

_____  We find in favor of CUSA and against Dawe.

Complete the section below only if you find in favor of Dawe on its claim against CUSA.

We award Dawe the following damages: $_100,000_ _____

If you found that Dawe was entitled to recover actual damages from CUSA, has Dawe proved by clear and convincing evidence that CUSA acted with malice, oppression, or fraud?

_X_ Yes ___ No

Dated: _10/18/10_____          Signed: _/Halen Scott Nyler_____
                                             Presiding Juror

\*     \*     \*

### On Brian Dawe's claim for defamation against CCPOA:

_X_  We find in favor of Dawe and against CCPOA.

_____  We find in favor of CCPOA and against Dawe.

Complete the section below only if you find in favor of Dawe on its claim against CCPOA.

We award Dawe the following damages: $_1,639,405_____

If you found that Dawe was entitled to recover actual damages from CCPOA, has Dawe proved by clear and convincing evidence that CCPOA acted with malice, oppression, or fraud?

_X_ Yes ___ No
                              \*     \*     \*

**On Brian Dawe's claim for defamation against Donald Joseph Baumann:**

   X    We find in favor of Dawe and against Baumann.

        We find in favor of Baumann and against Dawe.

Complete the section below only if you find in favor of Dawe on its claim against Baumann.

    We award Dawe the following damages: $ 25,000

If you found that Dawe was entitled to recover actual damages from Baumann, has Dawe proved by clear and convincing evidence that Baumann acted with malice, oppression, or fraud?

   X   Yes ____ No

                  \*      \*      \*

**On Brian Dawe's claim for defamation against James Baiardi:**

   X    We find in favor of Dawe and against Baiardi.

        We find in favor of Baiardi and against Dawe.

Complete the section below only if you find in favor of Dawe on its claim against Baiardi.

We award Dawe the following damages: $ 25,000

If you found that Dawe was entitled to recover actual damages from Baiardi, has Dawe proved by clear and convincing evidence that Baiardi acted with malice, oppression, or fraud?

   X   Yes ____ No

**Gary Harkins' Claim for Defamation Against CUSA, CCPOA, Baiardi**

(Referenced at Jury Instruction Nos. 45, 46, 47, 48, 49, 50, and 51)

**On Gary Harkins' claim for defamation against CUSA:**

  X   We find in favor of Harkins and against CUSA.

_____   We find in favor of CUSA and against Harkins.

Complete the section below only if you find in favor of Harkins on its claim against CUSA.

We award Harkins the following damages: $ 28,000 _____

If you found that Harkins was entitled to recover actual damages from CUSA, has Harkins proved by clear and convincing evidence that CUSA acted with malice, oppression, or fraud?

  X   Yes _____ No

* * *

**On Gary Harkins' claim for defamation against CCPOA:**

  X   We find in favor of Harkins and against CCPOA.

_____   We find in favor of CCPOA and against Harkins.

Complete the section below only if you find in favor of Harkins on its claim against CCPOA.

We award Harkins the following damages: $ 315,000 _____

If you found that Harkins was entitled to recover actual damages from CCPOA, has Harkins proved by clear and convincing evidence that CCPOA acted with malice, oppression, or fraud?

  X   Yes _____ No

Dated: 10/18/10 _____        Signed: _Galen Scott Phylu_ _____
                                        Presiding Juror

* * *

7

**On Gary Harkins' claim for defamation against James Baiardi:**

_X_____   We find in favor of Harkins and against Baiardi.

_____   We find in favor of Baiardi and against Harkins.

Complete the section below only if you find in favor of Harkins on its claim against Baiardi.

We award Harkins the following damages: $ _7,000_____

If you found that Harkins was entitled to recover actual damages from Baiardi, has Harkins proved by clear and convincing evidence that Baiardi acted with malice, oppression, or fraud?

_X_ Yes ____ No

8

If you found that there was a contract between FIMA and CUSA, then proceed with this form. If you did not, please stop and go to the next form at page 11.

## FIMA's Claim for Intentional Interference with Contractual Relations Against CCPOA and Baumann

(Referenced at Jury Instruction Nos. 43, 52, 54, and 55)

**On FIMA's claim for intentional interference with contractual relations against CCPOA:**

    _X_    We find in favor of FIMA and against CCPOA.

    ____    We find in favor of CCPOA and against FIMA.

Complete the section below only if you find in favor of FIMA on its claim against CCPOA.

We award FIMA the following damages: $_333,000_____

If you found that FIMA was entitled to recover actual damages from CCPOA, has FIMA proved by clear and convincing evidence that CCPOA acted with malice, oppression, or fraud?

_X_ Yes ____ No

\*    \*    \*

**On FIMA's claim for intentional interference with contractual relations against Baumann:**

    ____    We find in favor of FIMA and against Baumann.

    _X_    We find in favor of Baumann and against FIMA.

Complete the section below only if you find in favor of FIMA on its claim against Baumann.

We award FIMA the following damages: $_____

If you found that FIMA was entitled to recover actual damages from Baumann, has FIMA proved by clear and convincing evidence that Baumann acted with malice, oppression, or fraud?

____ Yes ____ No

\*    \*    \*

**Special Verdict for FIMA's claim for intentional interference with contractual relations against Baumann:**

As to FIMA's claim again Donald Joseph Baumann, relative to his asserted interference with contractual relations, if you find for plaintiff, answer the following questions:

1)   Was Mr. Baumann acting on behalf of CUSA?

_____ Yes _____ No

2)   Was Mr. Baumann acting on behalf of CCPOA?

_____ Yes _____ No

3)   Was Mr. Baumann acting on behalf of both CUSA and CCPOA?

_____ Yes _____ No

Dated: _10/18/10_          Signed: _____
                                              Presiding Juror

**FIMA and Brian Dawe's Claim for Intentional Interference with Prospective Economic Relations Against CUSA, CCPOA, Donald Joseph Bauman, and James Baiardi**

(Referenced at Jury Instruction Nos. 43, 56, 58, 59, 60.)

**On FIMA and Brian Dawe's claim for intentional interference with prospective economic relations against CUSA:**

_X_ We find in favor of FIMA and against CUSA.

_____ We find in favor of CUSA and against FIMA.

Complete the section below only if you find in favor of FIMA on its claim against CUSA.

We award FIMA the following damages: $ _1_ _____

If you found that FIMA was entitled to recover actual damages from CUSA, has FIMA proved by clear and convincing evidence that CUSA acted with malice, oppression, or fraud?

_X_ Yes _____ No

\*     \*     \*

**On FIMA and Brian Dawe's claim for intentional interference with prospective economic relations against CCPOA:**

_X_ We find in favor of FIMA and against CCPOA.

_____ We find in favor of CCPOA and against FIMA.

Complete the section below only if you find in favor of FIMA on its claim against CCPOA.

We award FIMA the following damages: $ _1_ _____

If you found that FIMA was entitled to recover actual damages from CCPOA, has FIMA proved by clear and convincing evidence that CCPOA acted with malice, oppression, or fraud?

_X_ Yes _____ No

\*     \*     \*

11

**On FIMA and Brian Dawe's claim for intentional interference with prospective economic relations against Donald Joseph Baumann:**

   ✕    We find in favor of FIMA and against Baumann.

       We find in favor of Baumann and against FIMA.

Complete the section below only if you find in favor of FIMA on its claim against Baumann.

       We award FIMA the following damages: $ 1

If you found that FIMA was entitled to recover actual damages from Baumann, has FIMA proved by clear and convincing evidence that Baumann acted with malice, oppression, or fraud?

   ✗   Yes _____ No

 

     *     *     *

**On FIMA and Brian Dawe's claim for intentional interference with prospective economic relations against James Baiardi:**

   ✕    We find in favor of FIMA and against Baiardi.

       We find in favor of Baiardi and against FIMA.

Complete the section below only if you find in favor of FIMA on its claim against Baiardi.

       We award FIMA the following damages: $ 1

If you found that FIMA was entitled to recover actual damages from Baiardi, has FIMA proved by clear and convincing evidence that Baiardi acted with malice, oppression, or fraud?

   ✗   Yes _____ No

 

Dated: 10/19/10 _____      Signed: _____

                                            Presiding Juror

**Gary Harkins' Claim for False Imprisonment Against CUSA**

(Referenced at Jury Instruction Nos. 61, 62, and 63)

**On Gary Harkins' claim for false imprisonment against CUSA:**

X     We find in favor of Harkins and against CUSA.

_____     We find in favor of CUSA and against Harkins.

Complete the section below only if you find in favor of Harkins on its claim against CUSA.

We award Harkins the following damages: $ _2000⁻_____

If you found that Harkins was entitled to recover actual damages from CUSA, has Harkins proved by clear and convincing evidence that CUSA acted with malice, oppression, or fraud?

X Yes ____ No

Dated: _10/18/10_____          Signed: _____
                                                    Presiding Juror

13

# VERDICT FORMS FOR CUSA'S CLAIMS

**CUSA's Claim for Interference With Contractual Relations Against Brian Dawe, FIMA, Gary Harkins, and Richard Loud**

(Referenced at Jury Instruction Nos. 53, 54, and 55)

**On CUSA's claim for intentional interference with contractual relations against Brian Dawe:**

_____ We find in favor of CUSA and against Dawe.

__X__ We find in favor of Dawe and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Dawe.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Dawe, has CUSA proved by clear and convincing evidence that Dawe acted with malice, oppression, or fraud?

_____ Yes _____ No

\*        \*        \*

**On CUSA's claim for intentional interference with contractual relations against FIMA:**

_____ We find in favor of CUSA and against FIMA.

__X__ We find in favor of FIMA and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against FIMA.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from FIMA, has CUSA proved by clear and convincing evidence that FIMA acted with malice, oppression, or fraud?

_____ Yes _____ No

\*        \*        \*

15

**On CUSA's claim for intentional interference with contractual relations against Gary Harkins:**

_____ We find in favor of CUSA and against Harkins.

✗ We find in favor of Harkins and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Harkins.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Harkins, has CUSA proved by clear and convincing evidence that Harkins acted with malice, oppression, or fraud?

_____ Yes _____ No

\*        \*        \*

**On CUSA's claim for intentional interference with contractual relations against Richard Loud:**

_____ We find in favor of CUSA and against Loud.

✗ We find in favor of Loud and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Harkins.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Loud, has CUSA proved by clear and convincing evidence that Loud acted with malice, oppression, or fraud?

_____ Yes _____ No

Dated: 10/18/10                   Signed: _____
                                          Presiding Juror

16

**CUSA's Claim for Interference With Prospective Economic Relations Against Brian Dawe, FIMA, Gary Harkins, and Richard Loud**

(Referenced at Jury Instruction Nos. 56, 57, 58, 59, and 60)

**On CUSA's claim for interference with prospective economic relations against Brian Dawe:**

_____    We find in favor of CUSA and against Dawe.

__✗__    We find in favor of Dawe and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Dawe.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Dawe, has CUSA proved by clear and convincing evidence that Dawe acted with malice, oppression, or fraud?

_____ Yes _____ No

\*     \*     \*

**On CUSA's claim for interference with prospective economic relations against FIMA:**

_____    We find in favor of CUSA and against FIMA.

__✗__    We find in favor of FIMA and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against FIMA.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from FIMA, has CUSA proved by clear and convincing evidence that FIMA acted with malice, oppression, or fraud?

_____ Yes _____ No

\*     \*     \*

17

**On CUSA's claim for interference with prospective economic relations against Gary Harkins:**

_____ We find in favor of CUSA and against Harkins.

✗ We find in favor of Harkins and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Harkins.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Harkins, has CUSA proved by clear and convincing evidence that Harkins acted with malice, oppression, or fraud?

_____ Yes _____ No

\*        \*        \*

**On CUSA's claim for interference with prospective economic relations against Richard Loud:**

_____ We find in favor of CUSA and against Loud.

✗ We find in favor of Loud and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Harkins.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Loud, has CUSA proved by clear and convincing evidence that Loud acted with malice, oppression, or fraud?

_____ Yes _____ No

Dated: _10/18/10_____          Signed: _Galen Scott Myph_____
                                        Presiding Juror

18

**CUSA's Claim for Breach of Fiduciary Duty Against Brian Dawe, FIMA, Gary Harkins, and Richard Loud**

(Referenced at Jury Instruction Nos. 64, 65, 66, 67, and 68)

**On CUSA's claim for breach of fiduciary duty against Brian Dawe:**

_____   We find in favor of CUSA and against Dawe.

__X__   We find in favor of Dawe and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Dawe.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Dawe, has CUSA proved by clear and convincing evidence that Dawe acted with malice, oppression, or fraud?

_____ Yes _____ No

\*   \*   \*

**On CUSA's claim for breach of fiduciary duty against FIMA:**

_____   We find in favor of CUSA and against FIMA.

__X__   We find in favor of FIMA and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against FIMA.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from FIMA, has CUSA proved by clear and convincing evidence that FIMA acted with malice, oppression, or fraud?

_____ Yes _____ No

\*   \*   \*

19

**On CUSA's claim for breach of fiduciary duty against Gary Harkins:**

_____ We find in favor of CUSA and against Harkins.

☒ We find in favor of Harkins and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Harkins.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Harkins, has CUSA proved by clear and convincing evidence that Harkins acted with malice, oppression, or fraud?

_____ Yes _____ No

\* \* \*

**On CUSA's claim for breach of fiduciary duty against Richard Loud:**

_____ We find in favor of CUSA and against Loud.

☒ We find in favor of Loud and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Loud.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Loud, has CUSA proved by clear and convincing evidence that Loud acted with malice, oppression, or fraud?

_____ Yes _____ No

Dated: 10/18/10             Signed: _____
                                     Presiding Juror

20

**CUSA's Claim for Prohibited Use of Membership List Against Brian Dawe, FIMA, Gary Harkins, and Richard Loud**

(Referenced at Jury Instruction Nos. 69, 70, and 71)

**On CUSA's claim for prohibited use of membership list against Brian Dawe:**

_____   We find in favor of CUSA and against Dawe.

✗   We find in favor of Dawe and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Dawe.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Dawe, has CUSA proved by clear and convincing evidence that Dawe acted with malice, oppression, or fraud?

_____ Yes _____ No

\*        \*        \*

**On CUSA's claim for prohibited use of membership list against FIMA:**

_____   We find in favor of CUSA and against FIMA.

✗   We find in favor of FIMA and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against FIMA.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from FIMA, has CUSA proved by clear and convincing evidence that FIMA acted with malice, oppression, or fraud?

_____ Yes _____ No

\*        \*        \*

**On CUSA's claim for prohibited use of membership list against Gary Harkins:**

_____   We find in favor of CUSA and against Harkins.

✕   We find in favor of Harkins and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Harkins.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Harkins, has CUSA proved by clear and convincing evidence that Harkins acted with malice, oppression, or fraud?

_____ Yes _____ No

\*     \*     \*

**On CUSA's claim for prohibited use of membership list against Richard Loud:**

_____   We find in favor of CUSA and against Loud.

✕   We find in favor of Loud and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Loud.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Loud, has CUSA proved by clear and convincing evidence that Loud acted with malice, oppression, or fraud?

_____ Yes _____ No

Dated: _10/18/10_         Signed: _____
                                    Presiding Juror

**CUSA's Claim for Fraud/Concealment Against Brian Dawe, FIMA, Gary Harkins, and Richard Loud**

(Referenced at Jury Instruction Nos. 72, 73, 74, and 75)

**On CUSA's claim for fraud/concealment against Brian Dawe:**

_____   We find in favor of CUSA and against Dawe.

✗   We find in favor of Dawe and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Dawe.

We award CUSA the following damages: $___ _____

If you found that CUSA was entitled to recover actual damages from Dawe, has CUSA proved by clear and convincing evidence that Dawe acted with malice, oppression, or fraud?

_____ Yes _____ No


\*     \*     \*


**On CUSA's claim for fraud/concealment against FIMA:**

_____   We find in favor of CUSA and against FIMA.

✗   We find in favor of FIMA and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against FIMA.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from FIMA, has CUSA proved by clear and convincing evidence that FIMA acted with malice, oppression, or fraud?

_____ Yes _____ No


\*     \*     \*


23

**On CUSA's claim for fraud/concealment against Gary Harkins:**

_____   We find in favor of CUSA and against Harkins.

___X___   We find in favor of Harkins and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Harkins.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Harkins, has CUSA proved by clear and convincing evidence that Harkins acted with malice, oppression, or fraud?

_____ Yes _____ No

\* \* \*

**On CUSA's claim for fraud/concealment against Richard Loud:**

_____   We find in favor of CUSA and against Loud.

___X___   We find in favor of Loud and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Loud.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Loud, has CUSA proved by clear and convincing evidence that Loud acted with malice, oppression, or fraud?

_____ Yes _____ No

Dated: _10/18/10_          Signed: _____
                                    Presiding Juror

24

**CUSA's Claim for Conversion Against Brian Dawe, FIMA, Gary Harkins, Richard Loud**

(Referenced at Jury Instruction Nos. 76, 77, and 78)

**On CUSA's claim for conversion against Brian Dawe:**

_____ We find in favor of CUSA and against Dawe.

___X___ We find in favor of Dawe and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Dawe.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Dawe, has CUSA proved by clear and convincing evidence that Dawe acted with malice, oppression, or fraud?

_____ Yes _____ No

\* \* \*

**On CUSA's claim for conversion against FIMA:**

_____ We find in favor of CUSA and against FIMA.

___X___ We find in favor of FIMA and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against FIMA.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from FIMA, has CUSA proved by clear and convincing evidence that FIMA acted with malice, oppression, or fraud?

_____ Yes _____ No

\* \* \*

25

**On CUSA's claim for conversion against Gary Harkins:**

_____ We find in favor of CUSA and against Harkins.

_____ We find in favor of Harkins and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Harkins.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Harkins, has CUSA proved by clear and convincing evidence that Harkins acted with malice, oppression, or fraud?

_____ Yes _____ No

\* \* \*

**On CUSA's claim for conversion against Richard Loud:**

_____ We find in favor of CUSA and against Loud.

_____ We find in favor of Loud and against CUSA.

Complete the section below only if you find in favor of CUSA on its claim against Loud.

We award CUSA the following damages: $_____

If you found that CUSA was entitled to recover actual damages from Loud, has CUSA proved by clear and convincing evidence that Loud acted with malice, oppression, or fraud?

_____ Yes _____ No

Dated: _10/18/10_                Signed: _____
                                         Presiding Juror

26