WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Plaintiff/Counter-Defendant
BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY HARKINS, and Defendant RICHARD LOUD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>Defendants.<br><br>AND RELATED CLAIMS AND COUNTERCLAIMS | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO PUNITIVE DAMAGE JURY INSTRUCTION**<br><br>*Trial Information*<br><br>DATE: July 27, 2010<br>TIME: 10:30 a.m.<br>CRTRM: Courtroom 4<br>JUDGE: Hon. Lawrence K. Karlton |

/ / /

/ / /

/ / /

/ / /

605298.1

Inasmuch as Plaintiffs have no intention of eliciting evidence—or advancing argument—regarding the impact of Defendants' misconduct "on persons other than Plaintiffs" (and, contrary to Defendants' indication, have *not* previously tendered any evidence or argument on "harm that Defendants caused to non-recovering plaintiffs"), Plaintiffs view Defendants' requested inclusion as entirely gratuitous. Having said that, if the Court believes that Defendants' request is well-taken, Plaintiffs do not view the issue as a hill worth dying on. Plaintiffs will therefore defer to the Court's good judgment.

Respectfully submitted,

DATED:  October 21, 2010            WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP


By:     /s/ Daniel L. Baxter
        DANIEL L. BAXTER
        Attorneys for Plaintiff/Cross-Defendant
        BRIAN DAWE, Plaintiff FLAT IRON
        MOUNTAIN ASSOCIATES, LLC,
        Defendant/Counter-Plaintiff GARY
        HARKINS, and Defendant RICHARD LOUD

605298.1                           - 1 -

**PLAINTIFFS' RESPONSE TO OBJECTIONS TO PUNITIVE DAMAGE JURY INSTRUCTION (CASE NO. 07-01790 LKK EFB)**