

1  +

2

3

4

5

6

7             UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

   BRIAN DAWE; FLAT IRON
10 MOUNTAIN ASSOCIATES, LLC,
   formerly known as FLAT
11 IRON MOUNTAIN ASSOCIATES,
   a Partnership,
12
                                    NO. CIV. S-07-1790 LKK/EFB
13       Plaintiffs,

14     v.                                **VERDICT**

15 CORRECTIONS USA, a California
   Corporation; CALIFORNIA
16 CORRECTIONAL PEACE OFFICERS'
   ASSOCIATION, a California
17 Corporation; JAMES BAIARDI,
   an individual; DONALD JOSEPH
18 BAUMANN, an individual,

19       Defendants.
   _____/
20 AND CONSOLIDATED ACTIONS &
   RELATED COUNTERCLAIMS
21 _____/

22

23

24

25

26

                         1

# VERDICT FORMS FOR PUNITIVE DAMAGES

## Dawe's Defamation Claim Against CUSA

We award Dawe the following punitive damages
from CUSA for defamation:                                         $ 25,000

Dated: 10/22/2010     Signed: _Salm Scott Myr_

---

## Dawe's Defamation Claim Against CCPOA

We award Dawe the following punitive damages
from CCPOA for defamation:                                        $ 3,000,000

Dated: 10/22/2010     Signed: _Salm Scott Myr_

---

## Dawe's Defamation Claim Against Baumann

~~We award Dawe the following punitive damages
from Baumann for defamation:                                      $~~

~~Dated: _____     Signed: _____~~

2

### Dawe's Defamation Claim Against Baiardi

We award Dawe the following punitive damages
from Baiardi for defamation:                        $ _____

Dated: _____   Signed: _____

*(crossed out)*

### Harkins's Defamation Claim Against CUSA

We award Harkins the following punitive damages
from CUSA for defamation:                           $ 25,000

Dated: 10/22/2010   Signed: *Galen Scott Naylor*

### Harkins's Defamation Claim Against CCPOA

We award Harkins the following punitive damages
from CCPOA for defamation:                          $ 1,000,000

Dated: 10/22/2010   Signed: *Galen Scott Naylor*

3

### Harkins's Defamation Claim Against Baiardi

We award Harkins the following punitive damages
from Baiardi for defamation:                                $ ~~_____~~

Dated: ~~_____~~       Signed: ~~_____~~

### FIMA's Intentional Interference with Contractual Relations Claim Against CCPOA

We award FIMA the following punitive damages
from CCPOA for intentional interference with
contractual relations:                                      $ 3,000,000

Dated: 10/22/2010       Signed: /s/ Galen Scott Myhr

### FIMA's Intentional Interference with Prospective Economic Relations Claim Against CUSA

We award FIMA the following punitive damages
from CUSA for intentional interference with
prospective economic relations:                             $ 25,000

Dated: 10/22/2010       Signed: /s/ Galen Scott Myhr

4

## FIMA's Intentional Interference with Prospective Economic Relations Claim Against CCPOA

We award FIMA the following punitive damages from CCPOA for intentional interference with prospective economic relations: $ 3,000,000

Dated: 10/22/2010        Signed: _Helen Scott Nym_

## FIMA's Intentional Interference with Prospective Economic Relations Claim Against Baumann

We award FIMA the following punitive damages from Baumann for intentional interference with prospective economic relations: $ _____

Dated: _____        Signed: _____

## FIMA's Intentional Interference with Prospective Economic Relations Claim Against Baiardi

We award FIMA the following punitive damages from Baiardi for intentional interference with prospective economic relations: $ _____

Dated: _____        Signed: _____

5

## Harkins's False Imprisonment Claim Against CUSA

We award Harkins the following punitive damages
from CUSA for false imprisonment:     $ 10,000

Dated: 10/22/2010     Signed: *Galen Scott Myph*