# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                                     **JUDGMENT IN A CIVIL CASE**

**BRIAN DAWE, ET AL.,**

            v.                           CASE NO: **2:07–CV–01790–LKK–EFB**

**CORRECTIONS USA, ET AL.,**

---

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 10/18/10, 10/22/10**

                                              **Victoria C. Minor**
                                              Clerk of Court

ENTERED: **October 25, 2010**

                                    by: /s/ A. Benson
                                              Deputy Clerk