1  DAVID P. MASTAGNI, ESQ. (SBN 057721)
   JAMES B. CARR, ESQ.  (SBN 053274)
2  PHILLIP MASTAGNI, ESQ. (SBN 238254)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER & JOHNSEN**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95811
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   THOMAS J. UMBERG (SBN 94345)
7  DEAN J. ZIPSER (SBN 94680)
   ADINA L. WITZLING (SBN (211719)
8  **MANATT PHELPS & PHILLIPS, LLP**
   695 Town Center Drive, 14th Floor
9  Costa Mesa, CA  92626-1924
   Telephone:  (714) 371-2500
10 Facsimile:   (714) 371-2550

11 Attorneys for Defendants
   Corrections USA, a California Corporation,
12 California Correctional Peace Officers
   Association, a California Corporation,
13 Donald Joseph Baumann, and
   James Baiardi
14

15                     UNITED STATES DISTRICT COURT

16                     EASTERN DISTRICT OF CALIFORNIA

17

18 BRIAN DAWE; FLAT IRON                     Case No.  2:07-cv-01790-LKK-EFB
   MOUNTAIN ASSOCIATES, LLC,
19 formerly known as Flat Iron Mountain      [CONSOLIDATED MASTER CASE]
   Associates, a Partnership,
20                                           **JOINT STIPULATION SHORTENING**
              Plaintiffs,                    **TIME ON DEFENDANTS' MOTION FOR**
21                                           **STAY OF ENFORCEMENT OF**
           vs.                               **JUDGMENT PENDING DISPOSITION OF**
22                                           **POST-TRIAL MOTIONS;  ORDER**
   CORRECTIONS USA , a California            **THEREON**
23 Corporation; et al.,
                                             **[Local Rule 144(e)]**
24            Defendants.

25                                           Courtroom:   4
                                             Judge:        Hon. Lawrence K. Karlton
26                                           Trial:         July 27, 2010

27 AND RELATED COUNTERCLAIMS
   AND CROSS-COMPLAINTS
28

Joint Stipulation Shortening Time on Defendants' Motion
for Stay; [Proposed] Order Thereon
300169428.2

DAWE, et al. v. CORRECTIONS USA, et al.
USDC, EDCA Case No.: 2:07-cv-01790

1        WHEREAS, the Court entered judgment in this action on October 25, 2010;

2        WHEREAS, Defendants Corrections USA ("CUSA"), California Correctional Peace

3 Officers Association ("CCPOA"), Donald Joseph Baumann ("Baumann"), and James Baiardi

4 ("Baiardi), (collectively, "Defendants") will be filing post-trial motions, but those motions will

5 not be heard until after the "automatic stay" on the execution of the judgment pursuant to FRCP

6 62(a) expires on November 8, 2010;

7        WHEREAS, Defendants are filing a "Motion for Stay of Enforcement of Judgment

8 Pending Disposition of Post-Trial Motions," wherein they are requesting an order staying

9 execution of judgment without security until after the disposition of Defendants' post-trial

10 motions, plus 30 days, to allow Defendants' sufficient time to obtain the appropriate security;

11        WHEREAS, given the November 8, 2010, expiration of the automatic stay, Defendants

12 wish to have their Motion to Stay heard on shortened time;

13        WHEREAS, after reviewing a courtesy copy of the Motion to Stay, Plaintiffs have

14 consented to the matter being heard on shortened time;

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Joint Stipulation Shortening Time on Defendants' Motion
for Stay; [Proposed] Order Thereon
300169428.2

2

DAWE, et al. v. CORRECTIONS USA, et al.
USDC, EDCA Case No.: 2:07-cv-01790

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY

STIPULATED AND AGREED by and between Plaintiffs, on the one hand, and Defendants, on

the other hand, by and through their respective undersigned counsel, pursuant to Local Rule

144(e) that Defendants' Motion to Stay may be heard on shortened time, prior to November 8,

2010, subject to the Court's availability.


Dated:    November 1, 2010                    MASTAGNI, HOLSTEDT, AMICK, MILLER &
                                              JOHNSEN

                                              MANATT PHELPS & PHILLIPS LLP

                                      By:     ____/s/ Thomas J. Umberg_____
                                              Thomas J. Umberg
                                              Attorneys for Defendants, Corrections USA,
                                              CCPOA, James Baiardi, and Donald Joseph
                                              Baumann

Dated:    November 1, 2010                    WILKE, FLEURY, HOFFELT, GOULD & BIRNEY

                                      By:     ____/s/ Daniel L. Baxter_____
                                              Daniel L. Baxter
                                              Attorneys for Plaintiffs


## <u>ORDER</u>

Based on the foregoing stipulation of the parties and good cause appearing therefor:

1.    Defendants shall file their Motion to Stay on Monday, November 1, 2010.

2.    The hearing on Defendants' Motion to Stay shall take place on November 8, 2010

at 10:00 a.m.

3.    Plaintiffs' response to Defendants' Motion to Stay shall be filed no later than

November 4, 2010 at 9:00 a.m.

**IT IS SO ORDERED**

Dated:  November 1, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT