WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Plaintiff/Counter-Defendant
BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY HARKINS, and Defendant RICHARD LOUD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>Defendants.<br><br>AND RELATED CLAIMS AND COUNTERCLAIMS | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS' FILING OF BILL OF COSTS** |

/ / /

/ / /

/ / /

/ / /

/ / /

609597.1

**STIPULATION AND ORDER RE PLAINTIFFS' FILING OF BILL OF COSTS (CASE NO. 07-01790 LKK EFB)**

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

# RECITALS

Judgment in this case was entered on Friday, October 25, 2010 (CM/ECF Doc. No. 519). Pursuant to Local Rule 292(b), the deadline for Plaintiff/Cross-Defendant BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY HARKINS, and Defendant RICHARD LOUD (collectively referred to herein as "Plaintiffs") to file their Bill of Costs is November 8, 2010.

Since the entry of judgment, Defendants CORRECTIONS USA, CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, JAMES BAIARDI, and DONALD JOSEPH BAUMANN (collectively referred to herein as "Defendants") have indicated their intent to file renewed motions for judgment as a matter of law, a motion for a new trial, and a motion to alter or amend the judgment (collectively referred to herein as the "Post-Trial Motions".) Those motions are to be filed no later than November 22, 2010. (CM/ECF Doc. No. 523, at 3:15-3:17.)

Given the nature of Defendants' Post-Trial Motions, it is possible that Plaintiffs will need to order portions of the trial transcript in conjunction with their response(s) to Defendants' motions. Should such be necessary, Plaintiffs will be seeking to assign the costs of those transcripts to Defendants. Under the current deadlines, Plaintiffs would be required to submit an initial Bill of Costs by November 8, then submit a supplemental cost bill following the disposition of Defendants' post-trial motions.

# STIPULATION

In light of the above, and for purposes of efficiency (i.e., ensuring that all cost matters are handled in one fell swoop), the parties HEREBY STIPULATE that Plaintiffs may file their Bill of Costs (including supporting documentation) up to fourteen (14) calendar days, inclusive, following the Court's final disposition of Defendants' Post-Trial Motions. The parties FURTHER STIPULATE that Defendants shall have fourteen (14) calendar days, inclusive, following Plaintiffs' filing of their bill of costs to file objections thereto.

///

///

///

IT IS SO STIPULATED.

DATED: November 4, 2010                WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP


By: /s/ Daniel L. Baxter
DANIEL L. BAXTER
Attorneys for Plaintiff/Cross-Defendant
BRIAN DAWE, Plaintiff FLAT IRON
MOUNTAIN ASSOCIATES, LLC,
Defendant/Counter-Plaintiff GARY
HARKINS, and Defendant RICHARD LOUD

DATED: November 4, 2010                MANATT PHELPS & PHILLIPS LLP


By: /s/ Adina L. Witzling
ADINA L. WITZLING
Attorneys for
CORRECTIONS USA, CALIFORNIA
CORRECTIONAL PEACE OFFICERS
ASSOCIATION, JAMES BAIARDI, and
DONALD JOSEPH BAUMANN

## **ORDER**

IT IS SO ORDERED.

DATED: November 4, 2010.

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

609597.1                                - 2 -

**STIPULATION AND ORDER RE PLAINTIFFS' FILING OF BILL OF COSTS (CASE NO. 07-01790 LKK EFB)**