+

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DAWE; FLAT IRON
MOUNTAIN ASSOCIATES, LLC,
formerly known as FLAT
IRON MOUNTAIN ASSOCIATES,
a Partnership,

           Plaintiffs,

    v.

CORRECTIONS USA, a California
Corporation; CALIFORNIA
CORRECTIONAL PEACE OFFICERS'
ASSOCIATION, a California
Corporation; JAMES BAIARDI,
an individual; DONALD JOSEPH
BAUMANN, an individual,

           Defendants.
_____/
AND CONSOLIDATED ACTIONS &
RELATED COUNTERCLAIMS
_____/

NO. CIV. S-07-1790 LKK/EFB

O R D E R

    Defendants have moved for a stay of enforcement of judgment pending disposition of post-trial motions. (ECF No. 523). On November 8, 2010, the court held a hearing on the motion. For the reasons discussed in the briefs and raised at the hearing, the court GRANTS defendants' motion for a stay pending disposition of

1

1 | the post-trial motions.
2 |     Additionally, on October 29, 2010, plaintiffs filed an
3 | application for determination of prevailing party status. (ECF No.
4 | 520). Defendants have not filed a response. Thus, the court orders
5 | defendants to file an opposition or statement of non-opposition to
6 | plaintiffs' application within seven (7) days of the issuance of
7 | this order.
8 |     IT IS SO ORDERED.
9 |     DATED: November 9, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT