+

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as FLAT IRON MOUNTAIN ASSOCIATES, a Partnership,

        Plaintiffs,

   v.

CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,

        Defendants.
_____/
AND CONSOLIDATED ACTIONS & RELATED COUNTERCLAIMS
_____/

NO. CIV. S-07-1790 LKK/EFB

O R D E R

     On October 29, 2010, plaintiffs filed an application for determination of prevailing party status. (ECF No. 520). On November 10, 2010, the Court ordered defendants to file a response to the application. (ECF No. 530). On November 16, 2010, defendants filed a response in which they requested that they have "five Court

1

1  days to reevaluate and further respond to Plaintiffs' Application
2  after the Court's disposition of Defendants' post-trial motions."
3  (ECF No. 531). Later that day, plaintiffs' counsel informed the
4  Court that he does not intend to respond to defendants' response
5  and that he has "no problem with Defendants' closing request" to
6  file a further response to plaintiffs' application after
7  disposition of post-trial motions.
8     For the foregoing reasons, the Court ORDERS that defendants
9  SHALL file a further response to plaintiffs' application (ECF No.
10 520) five (5) days following the Court's disposition of all post-
11 trial motions.
12    IT IS SO ORDERED.
13    DATED:  November 17, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2