WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Plaintiff/Counter-Defendant
BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY HARKINS, and Defendant RICHARD LOUD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>　　　　　Defendants.<br><br>AND RELATED CLAIMS AND COUNTERCLAIMS | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE ON DEFENDANTS' POST-TRIAL MOTIONS** |

/ / /

/ / /

/ / /

/ / /

/ / /

619216.1

**STIPULATION AND ORDER RE CONTINUANCE OF HEARING (CASE NO. 07-01790 LKK EFB)**

# RECITALS

Judgment in this case was entered on October 25, 2010 (CM/ECF Doc. No. 519). On November 22, 2010, Defendants CORRECTIONS USA, CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, JAMES BAIARDI, and DONALD JOSEPH BAUMANN (collectively referred to herein as "Defendants") filed a Renewed Motion for Judgment as a Matter of Law and a Motion for New Trial (CM/ECF Doc. Nos. 533 and 534, collectively referred to herein as the "Post-Trial Motions").

Hearing on Defendants' Post-Trial Motions was set for December 20, 2010. As such, the current deadline for Plaintiff/Cross-Defendant BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY HARKINS, and Defendant RICHARD LOUD (collectively referred to herein as "Plaintiffs") to file their oppositions to the Post-Trial Motions is December 6, 2010.

Via the below stipulation, the parties seek to continue the hearing on Defendants' Post-Trial Motions to January 18, 2011, the Court's first available law and motion day after December 20. This continuance is sought because Plaintiffs' counsel—Dan Baxter—was on vacation from the afternoon of November 22 through the end of the day on November 29, and thus unable to begin his review and analysis of Defendants' post-trial motions until November 30. Defendants are amenable to the sought-after continuance, with the caveat that they also desire additional time to prepare their reply over and beyond the normal timelines specified in Local Rule 230. Plaintiffs have no problem with that caveat, and the briefing schedule set forth below takes both sides' needs into account.

# STIPULATION

In light of the above, the parties HEREBY STIPULATE that the hearing date on Plaintiffs' Post-Trial Motions shall be continued to January 18, 2011 at 10:00 a.m. in Courtroom 4 of the above-entitled Court. The parties FURTHER STIPULATE that Plaintiffs' oppositions to Defendants' Post-Trial Motions shall be filed no later than the close of business on December 19, 2010, and that Defendants' reply briefs shall be filed no later than the close of business on January 10, 2011.

619216.1                                           - 1 -

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND ORDER RE CONTINUANCE OF HEARING (CASE NO. 07-01790 LKK EFB)

1      IT IS SO STIPULATED.

3      DATED: December 3, 2010                WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP


                                              By:      /s/ Daniel L. Baxter
                                                    DANIEL L. BAXTER
                                                Attorneys for Plaintiff/Cross-Defendant
                                                BRIAN DAWE, Plaintiff FLAT IRON
                                                  MOUNTAIN ASSOCIATES, LLC,
                                                  Defendant/Counter-Plaintiff GARY
                                              HARKINS, and Defendant RICHARD LOUD

10     DATED: December 3, 2010                MANATT PHELPS & PHILLIPS LLP


                                              By:      /s/ Dean J. Zipser
                                                    DEAN J. ZIPSER
                                                      Attorneys for
                                                CORRECTIONS USA, CALIFORNIA
                                                CORRECTIONAL PEACE OFFICERS
                                                ASSOCIATION, JAMES BAIARDI, and
                                                   DONALD JOSEPH BAUMANN


**ORDER**

IT IS SO ORDERED.

DATED: December 3, 2010.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

619216.1                                    - 2 -

**STIPULATION AND ORDER RE CONTINUANCE OF HEARING (CASE NO. 07-01790 LKK EFB)**