DAVID P. MASTAGNI, ESQ. (SBN 057721)
JAMES B. CARR, ESQ.  (SBN 053274)
PHILLIP MASTAGNI, ESQ. (SBN 238254)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

THOMAS J. UMBERG (SBN 94345)
DEAN J. ZIPSER (SBN 94680)
ADINA L. WITZLING (SBN (211719)
**MANATT PHELPS & PHILLIPS, LLP**
695 Town Center Drive, 14th Floor
Costa Mesa, CA  92626-1924
Telephone:  (714) 371-2500
Facsimile:   (714) 371-2550

Attorneys for Defendants
Corrections USA, a California Corporation,
California Correctional Peace Officers
Association, a California Corporation,
Donald Joseph Baumann, and
James Baiardi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>CORRECTIONS USA , a California Corporation; et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-COMPLAINTS | Case No.  2:07-cv-01790-LKK-EFB<br><br>[CONSOLIDATED MASTER CASE]<br><br>**ORDER ON DEFENDANTS' REQUEST FOR REDACTIONS**<br><br><br>Courtroom:   4<br>Judge:         Hon. Lawrence K. Karlton<br>Trial:           July 27, 2010 |

1  Pursuant to Defendants' Notice of Intent to Request Redaction (CM/ECF Doc. 549), and
2  Defendants' Request for Redaction (CM/ECF Doc. 550), Defendants requested that certain
3  specified portions of the transcript be redacted given the confidentiality of correctional officers'
4  personal identifying information.  Plaintiffs neither support nor oppose Defendants' request.
5  (CM/ECF Doc. 551.)

## **ORDER**

7  Based on the foregoing and good cause appearing therefore, the following portions of the
8  trial transcript shall be redacted:

| Volume # of Transcript | Page # | Line # | Type of Identifier | Identifier should be redacted to read: |
|---|---|---|---|---|
| 3 | 496 | 19 | E-mail Address | X@X |
| 6 | 965 | 1 | E-mail Address | X dot X |
| 7 | 1323 | 16 | E-mail Address | X@X |
| 10 | 1788 | 5 | E-mail Address | X@X |
| 10 | 1788 | 20 | E-mail Address | X at X |
| 11 | 1905 | 4 | E-mail Address | X@X |
| 12 | 2052 | 15 | E-mail Address | X@X. |
| 12 | 2053 | 10 | E-mail Address | X@X. |
| 13 | 2205 | 10 | E-mail Address | X@X. |
| 15 | 2503 | 13 | E-mail Address | X@X. |
| 17 | 2793 | 17 | E-mail Address | X@X |
| 18 | 2871 | 11 | E-mail Address | X@X |
| 19 | 3177 | 17 | E-mail Address | X@X |
| 19 | 3190 | 21 | E-mail Address | X@X |
| 24 | 4090 | 5 | Address | XXXX X X |
| 24 | 4090 | 18 | E-mail Address | X@X |

[Proposed] Order On Defendants' Request for Redactio
300198147.2

2

DAWE, et al. v. CORRECTIONS USA, et al.
USDC, EDCA Case No.: 2:07-cv-01790

| 24 | 4109 | 16 | E-mail Address | X@X |
| --- | --- | --- | --- | --- |
| 25 | 4162 | 9 | E-mail Address | X at X |
| 25 | 4168 | 5 | E-mail Address | X@X |
| 25 | 4188 | 7 | E-mail Address | X@X |
| 25 | 4192 | 10 | E-mail Address | X@X |
| 25 | 4198 | 3 | E-mail Address | X@X |
| 25 | 4200 | 16 | E-mail Address | "X" |
| 25 | 4200 | 25 | E-mail Address | X@X |
| 25 | 4201 | 6 | E-mail Address | X@X |
| 25 | 4206 | 11 | E-mail Address | X@X |
| 25 | 4298 | 23 | E-mail Address | X@X |
| 26 | 4254 | 11 | E-mail Address | X at X |
| 29 | 4759 | 6 | E-mail Address | X@X |

**IT IS SO ORDERED**

Dated:  January 10, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order On Defendants' Request for Redactio
300198147.2

3

DAWE, et al. v. CORRECTIONS USA, et al.
USDC, EDCA Case No.: 2:07-cv-01790