1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   DANIEL L. BAXTER (SBN 203862)
2  400 Capitol Mall, Twenty-Second Floor
   Sacramento, CA  95814
3  Telephone:   (916) 441-2430
   Facsimile:    (916) 442-6664
4
   Attorneys for Plaintiff/Counter-Defendant
5  BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN
   ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY
6  HARKINS, and Defendant RICHARD LOUD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>Defendants.<br><br>AND RELATED CLAIMS AND COUNTERCLAIMS | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS' RESPONSE TO COURT'S MARCH 18, 2011 ORDER, AND MODIFYING ADDITIONAL DEADLINES** |

/ / /

/ / /

/ / /

/ / /

/ / /

653219.1

## RECITALS

On March 18, 2011, the Court issued an Order on Defendants' motion for judgment as a matter of law and motion for new trial. In that Order, the Court directed Plaintiffs "to inform the court within twenty-one (21) days of the issuance of this order as to whether they will (a) stipulate to the remitted punitive damage awards describe herein; (b) seek a new trial; or (c) intend to appeal this order." (CM/ECF Doc. No. 570, at 11:18-11:22.) Thus, the deadline for Plaintiffs' election falls on April 8, 2011.

Pursuant to the parties' prior stipulations and the Court's prior orders, certain deadlines will come due shortly after Plaintiffs' election is made, including deadlines relating to (a) Defendants' response to Plaintiffs' Application for Determination of Prevailing Party Status, (b) Plaintiffs' Bill of Costs and Defendants' objections thereto, and (c) Plaintiffs' enforcement of judgment.

Plaintiffs' counsel has a pre-planned out-of-state vacation that will keep him out of the office from March 30 through April 13, 2011. Because the matters referenced above require counsel's personal attention, and because the parties collectively wish to have readily identifiable deadlines tracking off of Plaintiffs' forthcoming election and the Court's amended judgment following that election, the parties respectfully request that the Court issue an order adopting the timelines set forth below.

## STIPULATION

In light of the above, the parties HEREBY STIPULATE as follows:

1. Plaintiffs shall have until the close of business on April 15, 2011, inclusive, to make the election directed at p. 11, lines 18-22 of the Court's March 18 Order (CM/ECF Doc. No. 570);

2. It is anticipated that upon being notified of the election specified in Paragraph 1, above, the Court will issue a new or amended judgment. Thus, Defendants shall have five (5) court days, inclusive, following the Court's issuance of that amended judgment to file their response to Plaintiffs' Application for Determination of Prevailing Party Status (CM/ECF Doc. No. 520);

653219.1                                    - 1 -

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

**STIPULATION AND ORDER EXTENDING TIME, ETC. (CASE NO. 07-01790 LKK EFB)**

3. Plaintiffs will have fourteen (14) calendar days, inclusive, following the Court's issuance of the new or amended judgment referenced in Paragraph 2, above, to file their Bill of Costs (including supporting documentation);

4. Defendants will have fourteen (14) calendar days, inclusive, following Plaintiffs' submission of their Bill of Costs to file objections thereto; and

5. The stay of enforcement of judgment ordered by the Court on November 10, 2010 (CM/ECF Doc. No. 530) shall be extended until thirty (30) calendar days, inclusive, following the Court's issuance of the new or amended judgment referenced in Paragraph 2, above.

IT IS SO STIPULATED.

DATED: March 24, 2011               WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP


                                    By:      /s/ Daniel L. Baxter
                                        DANIEL L. BAXTER
                                    Attorneys for Plaintiff/Cross-Defendant
                                    BRIAN DAWE, Plaintiff FLAT IRON
                                    MOUNTAIN ASSOCIATES, LLC,
                                    Defendant/Counter-Plaintiff GARY
                                    HARKINS, and Defendant RICHARD LOUD


DATED: March 24, 2011               MANATT PHELPS & PHILLIPS LLP


                                    By:      /s/ Dean J. Zipser
                                        DEAN J. ZIPSER
                                    Attorneys for
                                    CORRECTIONS USA, CALIFORNIA
                                    CORRECTIONAL PEACE OFFICERS
                                    ASSOCIATION, JAMES BAIARDI, and
                                    DONALD JOSEPH BAUMANN


**ORDER**

IT IS SO ORDERED.

DATED: March 25, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

653219.1                            - 2 -