+

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DAWE; FLAT IRON
MOUNTAIN ASSOCIATES, LLC,
formerly known as FLAT
IRON MOUNTAIN ASSOCIATES,
a Partnership,

        Plaintiffs,

   v.

CORRECTIONS USA, a California
Corporation; CALIFORNIA
CORRECTIONAL PEACE OFFICERS'
ASSOCIATION, a California
Corporation; JAMES BAIARDI,
an individual; DONALD JOSEPH
BAUMANN, an individual,

        Defendants.
_____/
AND CONSOLIDATED ACTIONS &
RELATED COUNTERCLAIMS
_____/

NO. CIV. S-07-1790 LKK/EFB

O R D E R

On October 25, 2010, judgment was entered in the above captioned case pursuant to a verdict from the jury. On March 18, 2011, the court granted defendants' motion for a new trial on the grounds that several punitive damage awards were unconstitutionally excessive. The court instructed plaintiffs to inform the court as

1

to whether they will stipulate to certain remitted punitive damage awards or seek a new trial. On April 14, 2011, plaintiff filed a statement of conditional acceptance of the court's remitted punitive damage awards. Specifically, plaintiffs explained that they will stipulate to the remitted awards only if they may "challenge the propriety of the remittitur via appeal if Defendants themselves appeal from the judgment in this case."

For the foregoing reasons, the court hereby orders:

(1) The judgment entered October 25, 2010 (Doc. No. 519), is amended as follows:

    (A) The punitive damage award for plaintiff Gary Harkins' ("Harkins") false imprisonment claim against CUSA is remitted to $6,000.00.

    (B) The punitive damage award for plaintiff Brian Dawe's defamation claim against California Correctional Peace Officers Association ("CCPOA") is remitted to $1,639,405.00.

    (C) The punitive damage award for plaintiff Flat Iron Mountain Associate's ("FIMA") intentional interference with contractual relations claim is remitted to $333,000.00.

    (D) The punitive damage award for plaintiff FIMA's intentional interference with prospective economic relations claim is remitted to $1.00.

    (E) The punitive damage award for Harkins' defamation claim against CCPOA is remitted to $315,000.00.

1          (F)  The jury's verdict is otherwise unchanged.
2     (2)  This order in no way precludes plaintiffs from appealing
3          this court's March 18, 2011 order (Doc. No. 570).
4     IT IS SO ORDERED.
5     DATED:  April 25, 2011.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

3