1  DAVID P. MASTAGNI, ESQ. (SBN 057721)
   JAMES B. CARR, ESQ.  (SBN 053274)
2  PHILLIP MASTAGNI, ESQ. (SBN 238254)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER & JOHNSEN**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95811
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   THOMAS J. UMBERG (SBN 94345)
7  DEAN J. ZIPSER (SBN 94680)
   ADINA L. WITZLING (SBN (211719)
8  **MANATT PHELPS & PHILLIPS, LLP**
   695 Town Center Drive, 14th Floor
9  Costa Mesa, CA  92626-1924
   Telephone:  (714) 371-2500
10 Facsimile:  (714) 371-2550

11 Attorneys for Defendants
   Corrections USA, a California Corporation,
12 California Correctional Peace Officers
   Association, a California Corporation,
13 Donald Joseph Baumann, and
   James Baiardi
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

| 18 BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership, | Case No.  2:07-cv-01790-LKK-EFB |
|---|---|
| Plaintiffs, | [CONSOLIDATED MASTER CASE] |
| vs. | ~~[PROPOSED]~~ **ORDER ON DEFENDANTS' APPLICATION FOR ORDER CONTINUING STAY OF ENFORCEMENT OF JUDGMENT PENDING DISPOSITION OF DEFENDANTS' MOTION TO ALLOW POSTING OF ALTERNATIVE SECURITY** |
| CORRECTIONS USA , a California Corporation; et al., | |
| Defendants. | Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton<br>Trial: July 27, 2010 |
| AND RELATED COUNTERCLAIMS AND CROSS-COMPLAINTS | |

[Proposed] Order On Defendants' Application for Order
Continuing Stay
300257094.1

DAWE, et al. v. CORRECTIONS USA, et al.
USDC, EDCA Case No.: 2:07-cv-01790

Upon review of Defendants' Application For Order Continuing Stay of Enforcement of Judgment Pending Disposition of Defendants' Motion to Allow Posting of Alternative Security (the "Application"), which seeks an Order to stay the enforcement of the judgment in this action for sixty (60) days to allow for hearing and disposition of Defendants' Motion to Allow Posting of Alternative Security (the "Motion"), and good cause appearing, the Application is GRANTED.

In particular, the Court orders as follows:

(1) The stay of enforcement of the Judgment in this action is continued for an additional sixty (60) days, to July 25, 2011.

(2) Within 10 days of the entry of this Order, defendants will deposit with the Clerk the trust deeds of the four subject properties owned by CCPOA that were discussed in Defendants' Application, namely: (1) CCPOA's West Sacramento headquarters; (2) a piece of land in Rancho Cucamonga; and (3) two houses in Natomas (hereinafter, the "Subject Properties").

(3) During this stay period and until further Order after a ruling on Defendants' Motion, CCPOA shall not encumber the Subject Properties, shall ensure that all property taxes would be paid, and shall ensure that the Subject Properties remain insured.

**IT IS SO ORDERED**

Dated:  May 24, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order On Defendants' Application for Order Continuing Stay
300257094.1

2

DAWE, et al. v. CORRECTIONS USA, et al.
USDC, EDCA Case No.: 2:07-cv-01790