1  DAVID P. MASTAGNI, ESQ. (SBN 057721)
   JAMES B. CARR, ESQ.  (SBN 053274)
2  PHILLIP MASTAGNI, ESQ. (SBN 238254)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER & JOHNSEN**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95811
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   THOMAS J. UMBERG (SBN 94345)
7  DEAN J. ZIPSER (SBN 94680)
   ADINA L. WITZLING (SBN (211719)
8  **MANATT PHELPS & PHILLIPS, LLP**
   695 Town Center Drive, 14th Floor
9  Costa Mesa, CA  92626-1924
   Telephone:  (714) 371-2500
10 Facsimile:   (714) 371-2550

11 Attorneys for Defendants
   Corrections USA, a California Corporation,
12 California Correctional Peace Officers
   Association, a California Corporation,
13 Donald Joseph Baumann, and
   James Baiardi
14

15                UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

18 BRIAN DAWE; FLAT IRON              Case No.  2:07-cv-01790-LKK-EFB
   MOUNTAIN ASSOCIATES, LLC,
19 formerly known as Flat Iron Mountain   [CONSOLIDATED MASTER CASE]
   Associates, a Partnership,
20                                      **JOINT STIPULATION TO FURTHER**
              Plaintiffs,                **CONTINUE STAY OF EXECUTION OF**
21                                      **JUDGMENT PENDING APPEAL FOR**
       vs.                              **ONE WEEK; ORDER THEREON**
22
   CORRECTIONS USA , a California       **[Local Rule 144(e)]**
23 Corporation; et al.,

24            Defendants.              Courtroom:  4
                                       Judge:       Hon. Lawrence K. Karlton
25                                     Trial:        July 27, 2010

26 AND RELATED COUNTERCLAIMS
   AND CROSS-COMPLAINTS
27

28      WHEREAS, on May 24, 2011, the Court granted Defendants' Application for Order

Joint Stipulation to Further Continue Stay;  Order Thereon
[Proposed]
300267441.1

DAWE, et al. v. CORRECTIONS USA, et al.
USDC, EDCA Case No.: 2:07-cv-01790

1  Continuing Stay of Enforcement of Judgment Pending Disposition of Defendants' Motion to

2  Allow Posting of Alternative Security (the "Application"), which sought an Order to stay the

3  enforcement of the Judgment in this action for sixty (60) days to allow for hearing and disposition

4  of Defendants' Motion to Allow Posting of Alternative Security (the "Motion") (ECF No. 586);

5       WHEREAS, pursuant to the Order granting Defendants' Application, the stay of

6  enforcement of the judgment (the "Stay") is extended to July 25, 2011;

7       WHEREAS, Defendants are in the process of obtaining appraisals for the real property

8  that will be the subject of Defendants' Motion and anticipate having such information next week;

9       WHEREAS, as of the date of execution of this Stipulation, the Court is not available for

10  civil law and motion on July 25, 2011, the date on which Defendants' anticipated having its

11  Motion heard, and the next available civil law and motion date is August 1, 2011;

12       NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY

13  STIPULATED AND AGREED by and between Plaintiffs, on the one hand, and Defendants, on

14  the other hand, by and through their respective undersigned counsel, pursuant to Local Rule

15  144(e) that, the Stay is continued one week, to August 1, 2011, subject to the Court's approval.

16

17  Dated:    June 14, 2011          MASTAGNI, HOLSTEDT, AMICK, MILLER &
                                        JOHNSEN

18                                          MANATT PHELPS & PHILLIPS LLP

19

20                      By:     /s/ Dean J. Zipser
                          Dean J. Zipser

21                            Attorneys for Defendants, Corrections USA,
                          CCPOA, James Baiardi, and Donald Joseph
                          Baumann

22

23  Dated:    June 14, 2011          WILKE, FLEURY, HOFFELT, GOULD & BIRNEY

24                      By:     /s/ Daniel L. Baxter
                          Daniel L. Baxter

25                            Attorneys for Plaintiffs

26

27

28

Joint Stipulation to Further Continue Stay; [Proposed]
Order Thereon
300267441.1                    2          DAWE, et al. v. CORRECTIONS USA, et al.
                                      USDC, EDCA Case No.: 2:07-cv-01790

## <u>ORDER</u>

Based on the foregoing stipulation of the parties and good cause appearing therefore, the Stay of enforcement of the Judgment in this action is continued to August 1, 2011.

### IT IS SO ORDERED

Dated:  June 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Joint Stipulation to Further Continue Stay; [Proposed]
Order Thereon
300267441.1

3

DAWE, et al. v. CORRECTIONS USA, et al.
USDC, EDCA Case No.: 2:07-cv-01790