WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone:  (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Plaintiff/Counter-Defendant
BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN
ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY
HARKINS, and Defendant RICHARD LOUD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>　　　　　　Defendants.<br><br>AND RELATED CLAIMS AND COUNTERCLAIMS | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO ALLOW POSTING OF ALTERNATIVE SECURITY** |

/ / /

/ / /

/ / /

/ / /

/ / /

689509.1

## RECITALS

Defendants CORRECTIONS USA, CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, JAMES BAIARDI, and DONALD JOSEPH BAUMANN (collectively referred to herein as "Defendants") have appealed the judgment in this matter. On July 1, 2010, Defendants filed a Motion to Allow Posting of Alternative Security in connection with that appeal. ("Motion"—CM/ECF Doc. No. 603.)

The hearing on Defendants' Motion was set for August 1, 2011. The current deadline for Plaintiff/Cross-Defendant BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, and Defendant/Counter-Plaintiff GARY HARKINS (collectively referred to herein as "Plaintiffs") to file their opposition to the Motion is July 18, 2011. Plaintiffs require additional time to prepare and file their opposition, primarily due to the work schedule of Plaintiffs' counsel. Defendants do not oppose Plaintiffs' request for additional time, provided Defendants are given commensurate time to prepare and file their reply brief.

As set forth below, the parties therefore stipulate and request that the Court continue the hearing on Defendants' Motion to August 29, 2011 (with the briefing schedule as detailed below).

Further, on June 16, 2011, the Court entered its Order (CM/ECF Doc. No. 602) continuing the stay of execution of the judgment (the "Stay") to August 1. In order to accommodate the continuance of the hearing on Defendants' Motion, the parties also stipulate and request that the Court extend the Stay to August 29, 2011.

## STIPULATION

In light of the above, the parties HEREBY STIPULATE, subject to the Court's approval, that the hearing date on Plaintiffs' Motion shall be continued to August 29, 2011, at 10:00 a.m. in Courtroom 4 of the above-entitled Court. The parties FURTHER STIPULATE that Plaintiffs' opposition to Defendants' Motion shall be filed no later than August 3, 2011, and that Defendants' reply papers shall be filed no later than August 22, 2011.

The parties FURTHER STIPULATE, subject to the Court's approval, that the Stay is extended to August 29, 2011.

/ / /

IT IS SO STIPULATED.

DATED: July 13, 2011         WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By: /s/ Daniel L. Baxter
DANIEL L. BAXTER
Attorneys for Plaintiff/Cross-Defendant BRIAN DAWE, Plaintiff FLAT IRON MOUNTAIN ASSOCIATES, LLC, Defendant/Counter-Plaintiff GARY HARKINS, and Defendant RICHARD LOUD

DATED: July 13, 2010         MANATT PHELPS & PHILLIPS LLP

By: /s/ Dean J. Zipser
DEAN J. ZIPSER
Attorneys for CORRECTIONS USA, CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, JAMES BAIARDI, and DONALD JOSEPH BAUMANN

## **ORDER**

IT IS SO ORDERED.

DATED: July 13, 2011

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT