UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>    Plaintiffs,<br><br>    v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>    Defendants.<br><br>AND RELATED CLAIMS AND COUNTERCLAIMS | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**AMENDED ORDER FOR RELEASE OF FUNDS ON DEPOSIT, PAYMENT OF JUDGMENT, AND RELEASE OF DEEDS OF TRUST**<br><br>*Trial Information*<br><br>DATE:    July 27, 2010<br>TIME:    10:30 a.m.<br>CRTRM:  4<br>JUDGE:  Hon. Lawrence K. Karlton |

Having received and reviewed the "Joint Instructions for Release of Funds on Deposit, Payment of Judgment, and Release of Deeds of Trust" filed by the parties on March 22, 2013 (CM/ECF Doc. No. 623), and good cause appearing,

IT IS HEREBY ORDERED THAT:

    a.    As soon as practicable, the Court Clerk shall release the funds currently on deposit with the Court in the captioned matter by wiring said funds to the trust account of

       Wilke, Fleury, Hoffelt, Gould & Birney, LLP (Plaintiffs' counsel), whose wiring information was transmitted to the Court Clerk via email on March 22, 2013. If wiring of funds is not an option for the Court, then payment by treasury check, made out to Wilke, Fleury, Hoffelt, Gould & Birney, LLP Trust Account, may be made;

b. Within three (3) business days following the Court Clerk's issuance of the funds currently on deposit, Defendants shall wire the remaining amounts due on the judgment (which amounts are specified on p. 2 of CM/ECF Doc. No. 623 and incorporated by reference herein), including accrued interest to the date of said wiring, to the trust account of Wilke, Fleury, Hoffelt, Gould & Birney, LLP;

c. Within three (3) business days following Defendants' wiring of the funds described in Item b., above, Plaintiffs will verify and notify Defendants that the total funds described in Items a. and b., above, have been received in Wilke, Fleury, Hoffelt, Gould & Birney, LLP's trust account; and

d. Within three (3) business days following the verification and notification in Item c., above, the parties will jointly issue supplemental instructions (and submit an accompanying proposed order) to the Court Clerk directing that the deeds of trust currently on deposit be released to Defendant California Correctional Peace Officers Association.

IT IS SO ORDERED.

DATED: April 8, 2013

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

931813.1

-2-

ORDER FOR RELEASE OF FUNDS ON DEPOSIT, ETC. (Case No. 2:07-CV-01790 LKK EFB)