UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DAWE; FLAT IRON MOUNTAIN ASSOCIATES, LLC, formerly known as Flat Iron Mountain Associates, a Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONS USA, a California Corporation; CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, a California Corporation; JAMES BAIARDI, an individual; DONALD JOSEPH BAUMANN, an individual,<br><br>Defendants.<br><br>AND RELATED CLAIMS AND COUNTERCLAIMS | Case No. 2:07-CV-01790 LKK EFB<br><br>[Consolidated Master Case Number]<br><br>**ORDER FOR RELEASE OF DEEDS OF TRUST**<br><br>*Trial Information*<br><br>DATE:   July 27, 2010<br>TIME:    10:30 a.m.<br>CRTRM:  4<br>JUDGE:  Hon. Lawrence K. Karlton |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Having received and reviewed the "Joint Instructions for Release of Deeds of Trust" filed by
2 the parties on May 20, 2013 (CM/ECF Doc. No. 627), and good cause appearing,
3    IT IS HEREBY ORDERED THAT the deeds of trust currently on deposit in the above-entitled
4 matter be released to Defendant California Correctional Peace Officers Association.
5    IT IS SO ORDERED.
6 DATED:  May 30, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

936773.1                                                        -2-
ORDER FOR RELEASE OF DEEDS OF TRUST (Case No. 2:07-CV-01790 LKK EFB)